UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **ORDER** |
| v. | Misc. No. 13-86 SRN/TNL |
| Crisandra J. Thornton, | |
| Defendant. | |

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Misc. No. 13-87 PJS/JJK |
| John K. Thornton, | |
| Defendant. | |

    Case No. 13-86 having been assigned to Judge Susan Richard Nelson and Magistrate Judge Tony N. Leung, and Case No. 13-87 having been later assigned to Judge Patrick J. Schiltz and Magistrate Judge Jeffrey J. Keyes; and said matters being related cases;

    IT IS HEREBY ORDERED that Case No. 13-87 PJS/JJK be assigned to Judge Susan Richard Nelson and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card on the Miscellaneous list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated December 1, 2008.

    IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: October 30, 2013

    s/Susan Richard Nelson
    JUDGE SUSAN RICHARD NELSON
    UNITED STATES DISTRICT COURT

Dated: 10/30/13

    s/Patrick J. Schiltz
    JUDGE PATRICK J. SCHILTZ
    UNITED STATES DISTRICT COURT