# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |  |
|---|---|---|
| United States of America, | **COURT MINUTES** | |
|  | BEFORE: | Tony N. Leung |
| Plaintiff, | | U.S. Magistrate Judge |
| v. | | |
|  | Case No: | 13-mc-87 (SRN/TNL) |
| John K. Thornton, | Date: | December 11, 2013 |
|  | Courtroom: | STP Courtroom 3A |
|  | Court Reporter: | |
| Defendant. | Recording: | AUDIO |
|  | Time Commenced: | 3:12 p.m. |
|  | Time Concluded: | 3:26 p.m. |
|  | Time in Court: | 12 Minutes |

APPEARANCES:

Plaintiff:   D. Gerald Wilhelm, **Assistant United States Attorney**
Defendant:   *pro se*

The Court heard oral argument on its Order to Show Cause (ECF No. 4).

Motions taken under advisement as of:  December 11, 2013

☐ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

    s/ CMP
Signature of Law Clerk