

RECEIVED
JAN - 7 2014
U.S. DISTRICT CLERK
MINNEAPOLIS, MINNESOTA
COURT

John Thornton
C/o P.O. Box 31258
Mesa, Arizona near [85275]
(602) 635-1974

United States District Court
District of Minnesota

| | |
|---|---|
| "UNITED STATES OF AMERICA" aka "Jeffrey Wagner" | Civil docket #13-mc-87 (SRN/TNL) |
| petitioner, | Motion to dismiss and sanction Wilhelm |
| vs. | |
| John Thornton, | |
| alleged respondent | |

SCANNED
JAN 0 7 2014
U.S. DISTRICT COURT MPLS

Now Comes John Thornton, alleged respondent, by special appearance and under threat, duress

and coercion, not submitting to Tony N. Leung's asserted jurisdiction over me, who hereby moves to

dismiss and sanction Gerald Wilhelm for bad faith, misconduct, filing a false petition and suborning

perjury.

Wilhelm was given until Jan. 3, 2014 to respond to my motion to dismiss and just as happened in

court, Wilhelm provided no evidence. Wilhelm refused to discuss evidence on the phone for the

meet and confer insisting he would present his evidence in court. This was a false statement as we

saw at the Dec. 11, 2013 hearing. Wilhelm was asked about his evidence several times and offered

nothing.

When Marc Stevens asked Wilhelm about his evidence in the lobby after the hearing, Wilhelm

made a scene by security area so he could avoid answering a question about his evidence.

Sanctions are warranted against anyone filing a petition without supporting evidence and in bad

faith. Wilhelm has had ample opportunity to support his arguments with evidence and has failed. He

directed Wagner to perjure himself claiming the summons was issued in good faith knowing it was

not. Wilhelm knows that Wagner has no evidence proving jurisdiction, and Wagner made a false statement (18 USC 1001) claiming a question was an argument so he could avoid his obvious lack of evidence. Wilhelm is aware the Treasury Inspector General for Tax Administration is currently investigating Wagner and his supervisors for making false statements; it's case number 55-1308-0170-C.

All we need to do to prove perjury and false statements is to show the obvious: a question is not an argument.

The petition should not only be dismissed with prejudice, Wilhelm should be sanctioned, to include paying Thornton's costs for having to defend against Wilhelm's false petition.

Submitted this 7th day of January 2014.

BY: John Thornton

Certificate of service

This is to certify that a true and correct copy of the foregoing has been mailed this 7th day of January 2014, to the plaintiff at the following address:

Jerry Wilhelm
U.S. Courthouse
300 S 4th Street
Suite 600
Minneapolis, MN 55415

BY: John Thornton