# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**

United States of America,

       Petitioner,

v.

John K. Thornton,

       Respondent.

BEFORE: Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 13-mc-87 (SRN/TNL) |
| Date: | January 27, 2014 |
| Courtroom: | STP Courtroom 3A |
| Court Reporter: | Ron Moen |
| Recording: | |
| Time Commenced: | 9:44 a.m. |
| Time Concluded: | 9:50 a.m. |
| Time in Court: | 6 Minutes |

APPEARANCES:

Plaintiff:    D. Gerald Wilhelm, **Assistant United States Attorney**
Defendant:    *pro se*

The Court heard oral argument on Respondent's Motions to Dismiss (ECF Nos. 5, 14).

Motions taken under advisement as of: January 27, 2014

☐ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☒ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                                                s/ CMP
                                       Signature of Law Clerk