

# U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*   *Telephone: (612) 664-5600*
*300 South Fourth Street*   *Fax: (612) 664-5787*
*Minneapolis, MN  55415*

December 8, 2014

The Honorable Tony N. Leung
United States Magistrate Judge
316 N. Robert Street, Suite 342
St. Paul, MN 55101

FILED VIA ECF

Re:  <u>United States v. John K. Thornton</u> (13-mc-00087)
     <u>United States v. Crisandra J. Thornton</u> (13-mc-0086)

Dear Magistrate Judge Leung:

    This Court's order of November 4, 2014, found at docket entry 46 in John Thornton's case and at docket entry 41 in Crisandra Thornton's case, required that the United States file an affidavit informing the Court whether the Respondents have complied with the Court's order of August 1, 2014.

    In compliance with that order, I am filing affidavits signed by Jeffrey Wagner relating to interviews with both respondents on December 4, 2014.

    In summary, Wagner states that Crisandra Thornton substantially complied with the summons, while John Thornton did not.

    It is my intention to return John Thornton's matter to this Court for further disposition.  Since Crisandra Thornton has substantially complied with the requirements of the summons at issue, the United States consents to the discharge of the Order to Show Cause as it relates to her.

December 8, 2014
Page 2

I have served both respondents with copies of the affidavits in their cases, as well as a copy of this letter. I am filing an affidavit of service by mail as well.

ANDREW M. LUGER
United States Attorney

s/ D. Gerald Wilhelm
BY: D. GERALD WILHELM
Assistant U.S. Attorney
Attorney ID Number 117122
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Gerald.Wilhelm@usdoj.gov