# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

United States of America,

        Petitioner,

v.

John K. Thornton,

        Respondent.

**COURT MINUTES**
BEFORE: Tony N. Leung
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 13-mc-87 (SRN/TNL) |
| Date: | December 29, 2014 |
| Courtroom: | Courtroom 3B |
| Court Reporter: | |
| Recording: | Carla Bebault |
| Time Commenced: | 10:29 a.m. |
| Time Concluded: | 10:32 a.m. |
| Time in Court: | 3 Minutes |

APPEARANCES:

Petitioner:    D. Gerald Wilhelm, **Assistant United States Attorney**
Respondent:    *no appearance*

The Court held a hearing on its most recent Order to Show Cause (ECF No. 66). No appearance was made by Respondent John K. Thornton. Based on all the files, records, and proceedings herein, and for the reasons stated on the record which are hereby incorporated by reference, this hearing is continued to **Tuesday, January 27, 2015, at 1:30 p.m.,** before this Court. All prior consistent orders remain in full force and effect.

☐ ORDER TO BE ISSUED   ☒ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

                            s/ CMP
                       Signature of Law Clerk