**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Civil No.

MAR 1 6 2015

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) **DECLARATION OF JEFFREY** |
| v. | ) **WAGNER IN SUPPORT OF** |
| | ) **PETITION TO ENFORCE** |
| JOHN K. THORNTON, | ) **INTERNAL REVENUE SERVICE** |
| | ) **SUMMONS** |
| Respondent. | ) |

Jeffrey Wagner declares pursuant to 28 U.S.C. § 1746(1):

1.    I am a duly commissioned revenue officer employed in the Small Business/Self Employed Division Midwest Compliance Area of the Internal Revenue Service located at 30 East 7th Street, Saint Paul, Minnesota, 55101.

2.    In my capacity as a revenue officer, I am conducting an investigation into the federal income tax liability of Respondent John K. Thornton for the calendar years ending: 2001, 2002, and 2003. In addition, I am conducting an investigation regarding delinquent individual income tax returns for tax periods ending: 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012.

4.    In October of 2013, proceedings to enforce an IRS summons issued in connection with this proceeding were commenced before this Court.

5.    Most recently, on December 29, 2014 this Court issued an Oder to Show Cause requiring Respondent John K. Thornton to appear on January 27, 2015 at 1:30 p.m. before this Court and show cause why he should not be held in contempt for violating

**SCANNED**

MAR 1 6 2015

United States District Judge Susan R. Nelson's August 1, 2014 Order enforcing the IRS summons and this Court's November 4, 2014 Order. ECF. No. 69.

6.      Since the date of that order, I have attempted to personally serve Respondent John K. Thornton with a copy of the Court's order on the following dates in the following manner:

a.      I along with other Revenue Officers attempted to personally serve the Respondent by knocking at the door of the residence at 4128 Utica Ave. S. St. Louis Park, Minnesota, where Respondent had previously been served, and where he admits receiving mail.  I attempted service on January 14, 2015 at approximately 1:00 p.m.; on January 15 at approximately 1:30 p.m.; and on January 20 at approximately 6:45 a.m.  No one answered the door on any of these occasions.  Copies of this Court's Order to Show Cause were left either affixed to the door or wedged in the door on each occasion.  Observation of the door on subsequent occasions showed that the copies had been removed from their placement on each occasion.

b.      Additionally, this Court's Order was sent via first class mail and via certified mail on January 13, 2015.  I received the return receipt back on January 23, 2015 signed by John Thornton; the return receipt shows it was delivered on January 20, 2015.

c.      I am further informed that representatives of the United States Attorney's Office for the District of Minnesota attempted to send a copy of the Court's order via Federal Express personal delivery (signature required).  Federal Express advised the United States Attorney's Office that three unsuccessful attempts were made to deliver the

Order to 4128 Utica Ave. S. St. Louis Park, Minnesota on January 19, 2015 (6:55 a.m. and 8:01 a.m.) and on January 20, 2015 (10:22 a.m.).  On each occasion, a notice was posted on the door of the residence advising the occupants that Federal Express had attempted to deliver the package, and that the package could be picked up at the Roseville, Minnesota Federal Express Office.

6.     Based on the above, I believe that Respondent John K. Thornton has been notified of the hearing on this Court's Order to Show Cause now scheduled for January 27, 2015 at 1:30 p.m.


Dated:     JAN 2 6 2015

Jeffrey Wagner
Revenue Officer

3          Attachment A - page 1 of 3



Audio Recording

RECEIVED

MAR 16 2015

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

December 4, 2014

Audio Recording

TRANSCRIBED BY:   SHEILA D. FEARING

800-545-9668
612-339-0545

Paradigm Reporting & Captioning
www.paradigmreporting.com

#83080

Attachment B - page 1 of 69

1        MR. WAGNER:  Okay.  Rich, do you

2  have the time?

3        MR. WALLIN:  I have 9:58 on my

4  watch.

5        MR. WAGNER:  Okay.  The time is 9:58

6  a.m.  The date is December 4, 2014.  This is a

7  recorded appearance for -- court order for

8  summons.  I am Revenue Officer Jeffrey Wagner.

9  And if I would have everyone else identify

10 themselves.

11       MR. WALLIN:  Revenue Officer Richard

12 Wallin.

13       MR. THORNTON:  And I'm John

14 Thornton.

15       MR. WAGNER:  So -- so we're aware

16 that the recording is -- or we're recording

17 this appearance.

18       Mr. Thornton, is there any reason

19 you can't answer truthfully today, fully and

20 truthfully?

21       MR. THORNTON:  I won't be swearing

22 any oaths today.

23       MR. WAGNER:  Is there any reason

24 that you wouldn't be able to answer truthfully

25 to my questions?

1          MR. THORNTON:  As long as I

2  understand the facts.

3          MR. WAGNER:  Okay.  I understand you

4  have -- based on the court filings in the

5  District Court, you had some concern related to

6  the oath statement.  You still need to provide

7  the oath statement.  You're not required to

8  swear.  You may affirm.

9          MR. THORNTON:  I can't do that.

10  It's the same thing.  I've got a religious

11  objection, deeply held spiritual beliefs that I

12  hold dearer than anything in my life.  It comes

13  from Matthew 5:33 through 37.  I will read that

14  into the record.

15          "But I tell you do not swear at an

16  oath at all either by Heaven; for it is God's

17  throne or by earth; for it is his footstool; or

18  by Jerusalem; for it is the city of the great

19  King.  Do not swear by your head, for you can

20  not make even one hair white or black.  All you

21  need to say is simply yes or no.  Anything

22  beyond this comes from the evil one."  And

23  that's from Christ.

24          MR. WAGNER:  It's a --

25          MR. THORNTON:  Also -- also, it's a

1  violation of the third commandment from God to

2  swear.

3          MR. WAGNER:  Affirming that you're

4  telling the truth is widely regarded as being

5  an acceptable alternative --

6          MR. THORNTON:  I understand, but --

7  I understand, but they are the same.  And I

8  will not be.

9          MR. WAGNER:  Okay.  Well, do you

10  have any records as identified in the two

11  summonses that you've been served?

12          MR. THORNTON:  I have no books and

13  records that are subject to any Part I,

14  Subtitle A, Income Taxes, for calendar years

15  2001 through 2012 as defined in 26 U.S.C.

16  7701(a)23 taxable year.  Specifically, I have

17  no taxable year liability for those calendar

18  years upon the basis of which the income tax is

19  computed under Subtitle A.  I have no known

20  legal duty to act as withholding agent being

21  any person required to deduct and withhold any

22  tax as defined in 26 U.S.C. 7701.  Withholding

23  agent -- the term of the "holding agent" means

24  any person required to deduct and withhold any

25  tax under the provisions of Sections 1441, 42,

1    43, or 1461.

2             The only subtitled parties are

3    identified specifically in 26 U.S.C. 7701(a)16

4    that are required to have money withheld, of

5    which none of these are me.

6             MR. WAGNER:  Do you have any records

7    as identified in the summons?

8             MR. THORNTON:  Asked and answered.

9             MR. WAGNER:  I'm looking here at the

10   summons.  The summons references bank

11   statements, checkbooks, canceled checks,

12   savings account, passbooks, certificates of

13   deposit, deeds, vehicle registration

14   certificates, investment documents, insurance

15   policies related to the tax liability, which

16   does exist for you for 2001, '02 and '03.  Do

17   you have any of those records?

18            MR. THORNTON:  I have no books and

19   records that have anything to do with any

20   taxable year liability under Subtitle A, Part

21   I, Income Taxes.

22            MR. WAGNER:  Regarding the

23   individual income tax return summons, do you

24   have any records related to 2004 through 2012

25   pertaining to your income?

| | |
|---|---|
| 1 | MR. THORNTON:  Again, I have no |
| 2 | books and records that have anything to do with |
| 3 | any taxable year liability under Subtitle A, |
| 4 | Part I, Income Taxes. |
| 5 | MR. WALLIN:  May I ask a question? |
| 6 | MR. WAGNER:  Yes. |
| 7 | MR. WALLIN:  You're concerned with |
| 8 | the substitute for return periods for the old |
| 9 | taxes.  We're looking for information on |
| 10 | current year -- those -- those documents that |
| 11 | are requested concerning -- |
| 12 | MR. THORNTON:  Yes. |
| 13 | MR. WALLIN:  -- current year things |
| 14 | and not old stuff. |
| 15 | MR. THORNTON:  And I have no books |
| 16 | and records that have anything to do with any |
| 17 | taxable year liability under Subtitle A, Part |
| 18 | I, Income Taxes. |
| 19 | MR. WALLIN:  We're not talking |
| 20 | taxable liability right now. |
| 21 | MR. THORNTON:  I'm talking about the |
| 22 | -- the unambiguous code under Title 26, which |
| 23 | references taxable year liability.  And I have |
| 24 | no books and records for those years related to |
| 25 | any taxable year liability. |

1    MR. WAGNER:   This pertains to

2  whether or not you have -- there's an

3  assessment, which already exists against you,

4  Mr. Thornton, for taxes for those years.  The

5  purpose of this is to determine your -- to

6  determine -- to ascertain collection

7  information.  So that's why we're asking.  I

8  think that's what Mr. Wallin is trying to get

9  at.  So . . .

10    MR. WALLIN:   And there's two issues,

11  really:  The income tax issue and the

12  collection information statement issue.  You

13  have two summonses that were served.  So,

14  although your answer -- I can understand your

15  answer for the income tax information.

16  Although I, perhaps, don't agree with it, I

17  understand your answer.  But, still, we have

18  the collection information statement summons

19  that requires your participation and

20  cooperation.

21    MR. THORNTON:   Well, these are the

22  only facts I understand.  I have no books and

23  records that are subject to any Part I,

24  Subtitle A, Income Taxes, for the calendar

25  years 2001 through 2012, as defined in

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 7 of 69

1   26 U.S.C. 7701(a)23, taxable year.

2   Specifically, I have no taxable year liability

3   for the calendar years, as mentioned before,

4   upon the basis of which the income tax is

5   computed under Subtitle A.  I have no known

6   legal duty to act as withholding agent being

7   any person required to deduct and withhold any

8   tax.  As defined in 26 U.S.C. 7701(a)16,

9   withholding agent the term of "withholding

10  agent" means any person required to deduct any

11  withhold any tax under the provisions of

12  section 1441, 42, 43, and 1461.  And,

13  specifically, 1441 references withholding of

14  tax and nonresident aliens.  1442 references

15  withholding tax of foreign corporations.  26

16  1443 26 references foreign tax exempt

17  organizations.

18      MR. WAGNER:  Mr. Thornton, we're at

19  a point where, I mean, one, we need to -- we're

20  permitted to take testimony when we issue an

21  administrative summons under oath.  We can make

22  accommodation for religious exemption.  And

23  I've offered that to you by your -- offering

24  you the ability to affirm that the information

25  that you would be providing through testimony

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 8 of 69

1 would be the -- the truth.

2    MR. THORNTON:  I'm giving you the
3 truth as -- the only facts I understand right
4 now, I'm giving --

5    MR. WAGNER:  I need to administer
6 the oath statement, which indicates that you,
7 you know, do solemnly affirm that the
8 information that you give will be the truth.

9    MR. THORNTON:  I can not swear any
10 oaths.

11    MR. WAGNER:  It's not a -- it's not
12 swearing.  It's an affirmation.

13    MR. THORNTON:  It's the same.  Under
14 Title 18, it's identical.

15    MR. WAGNER:  It is for purposes of,
16 you know, saying that it's the truth, yes.
17 but --

18    MR. THORNTON:  There must exist a
19 substitute for return under 6020(b),
20 administrator of record, three forms being
21 44 --

22    MR. WAGNER:  I'm not getting to
23 that, sir.  If you would hold on -- if you
24 would hold on here.  Before we need to proceed
25 any further, you don't have any records.  I

800-545-9668
612-339-0545

Paradigm Reporting & Captioning
www.paradigmreporting.com

#83080

Attachment B - page 9 of 69

1    asked you that.   You're required to provide

2    records and incidentally summonses.

3                 MR. THORNTON:   And I've explained

4    that I have no books and records.

5                 MR. WAGNER:   So you don't --

6                 MR. THORNTON:   Anything to do with

7    any taxable year liability under Subtitle A,

8    Part I, Income Taxes.

9                 MR. WAGNER:   In addition, anything

10   that you say, I need to have you under oath

11   when you state it.

12                MR. THORNTON:   I can not swear an

13   oath.

14                MR. WAGNER:   Okay.

15                MR. THORNTON:   It violates my

16   religious us -- deeply held religious beliefs.

17                MR. WAGNER:   Mr. Wallin --

18                MR. THORNTON:   They mean more to me

19   than anything.

20                MR. WAGNER:   I don't see how we can

21   proceed if you're unwilling to administer -- or

22   to participate in the oath statement.

23                MR. THORNTON:   Well, you had several

24   days' notice, the information I have for this

25   inquisitorial hearing today.   And you could

1   have filed with Judge Leyoung any questions you

2   had as to the authority to ask -- Judge Leyoung

3   could have ruled on them before today, which

4   you didn't.  You must have a regulation or

5   statute in United States for your questions.

6   And you provided me none.  I also stated I will

7   be cooperating with facts that I know the truth

8   and nothing else.  But I know -- I will -- I am

9   cooperating with facts that I know to be true

10  and nothing else.  I also made it clear in my

11  filings that I can not and will not swear an

12  oath or affirmation.  It violates my

13  deeply-held religious beliefs.

14              MR. WAGNER:  What's your position?

15              MR. WALLIN:  I think we still answer

16  -- ask these questions on your questionnaire

17  that you've prepared in advance.

18              MR. WAGNER:  Sure.

19              MR. WALLIN:  With the understanding

20  that he has no -- brought documentation along

21  with him to --

22              MR. WAGNER:  I will state,

23  Mr. Thornton, you know, we will be making our

24  filing with the Court either way, as you

25  probably know.

1              MR. THORNTON:  Sure.

2              MR. WAGNER:  And I will need to

3 indicate in such -- you know, the Government's

4 not satisfied that you're not -- I will

5 continue with the questions.  But, you know,

6 we're required to get an oath statement,

7 generally.  And I suppose we can continue

8 without that.  So I'll proceed with my

9 questions.

10              At what address do you reside?

11              MR. THORNTON:  I don't reside

12 anywhere.

13              MR. WAGNER:  Where do you live?

14              MR. THORNTON:  I live in my wife's

15 home.

16              MR. WAGNER:  And where is your

17 wife's home located?

18              MR. THORNTON:  In St. Louis Park,

19 Minnesota.

20              MR. WAGNER:  And the address?

21              MR. THORNTON:  I believe it's 4128

22 Utica Avenue South.

23              MR. WAGNER:  I'm going to move the

24 recorder close.  If you could speak loudly so

25 our recorder can hear you, I would appreciate

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 12 of 69

1  it.

2          What is your date of birth?

3          MR. THORNTON:  I wasn't there at the

4  time.  I don't know.

5          MR. WAGNER:  You don't know when you

6  were born?

7          MR. THORNTON:  It's on a birth

8  certificate.

9          MR. WAGNER:  Okay.  Where were you

10  born?

11         MR. THORNTON:  I don't know.

12         MR. WAGNER:  You don't know?

13         MR. THORNTON:  No.  I was just being

14  born.  I don't know where I was born, no.

15         MR. WAGNER:  Okay.  What's your

16  occupation?

17         MR. THORNTON:  It's not really

18  relevant.  I have no books and records that

19  have anything to do with any subtitle -- with

20  any taxable year liability under Subtitle A,

21  Part I, Income Taxes.

22         MR. WAGNER:  So --

23         MR. THORNTON:  And by the way, all

24  these questions are being answered under

25  threat, duress and coercion.  I want that to be

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*
#83080

Attachment B - page 13 of 69

1   made very clear.

2          MR. WAGNER:  Okay.  So your

3   occupation again?

4          MR. THORNTON:  I have no books and

5   records that have anything to do with any

6   taxable year liability under Subtitle A, Part

7   I, Income Taxes.  Under threat, duress and

8   coercion.  I provided my response.  Any other

9   questions?

10          MR. WAGNER:  What do you do for

11   employment?

12          MR. THORNTON:  I have no books and

13   records that have anything to do with any

14   taxable year liability under Subtitle A, Part

15   I, Income Taxes.  I don't have enough facts.

16          MR. WAGNER:  What's your level of

17   education?

18          MR. THORNTON:  I have no books and

19   records that have anything to do with any

20   taxable year liability under Subtitle A, Part

21   I, Income Taxes.

22          MR. WAGNER:  Do you have a spousal

23   property agreement or similar type of

24   agreement?

25          MR. THORNTON:  I have no books and

1   records that are subject to any Part I,

2   Subtitle A, Income Taxes, for calendar years

3   2001 through 2012, as defined in 26 U.S.C.

4   7701(a)23 taxable year.  And, specifically, I

5   have no taxable year liability for the calendar

6   years 2001 through 2012, upon the basis of

7   which taxable income is computed under Subtitle

8   A.

9           MR. WAGNER:  Who pays for the

10   household bills?

11           MR. THORNTON:   I have no books and

12   records that have anything to do with any

13   taxable year liability under Subtitle A, Part

14   I, Income Taxes.

15           MR. WAGNER:  Who pays the utility

16   bills?

17           MR. THORNTON:   I have no books and

18   records that are subject to any Part I,

19   Subtitle A, Income Taxes, for calendar years

20   2001 through 2012, as defined in 26 U.S.C.

21   7701(a)23, taxable year.  And, specifically, I

22   have no taxable year liability for the calendar

23   years 2001 through 2012, upon the basis of

24   which taxable income is computed under Subtitle

25   A.

1        MR. WAGNER:  Do you have a mortgage?

2        MR. THORNTON:  I have no books and

3   records that have anything to do with any

4   taxable year liability under Subtitle A, Part

5   I, Income Taxes.

6        MR. WAGNER:  Do you have a

7   homeowner's policy?

8        MR. THORNTON:  I have no books and

9   records that anything to do with any taxable

10  year liability under Subtitle A, Part I, Income

11  Taxes.

12        MR. WAGNER:  Who pays your

13  homeowner's insurance?

14        MR. THORNTON:  I have no books and

15  records that are subject to any Part I,

16  Subtitle A, Income Taxes, for calendar years

17  2001 through 2012, as defined in 26 U.S.C.

18  7701(a)23 taxable year.  And, specifically, I

19  have no taxable year liability for the tax --

20  for the calendar years 2001 through 2012, upon

21  the basis of which taxable income is computed

22  under Subtitle A.

23        MR. WAGNER:  Who pays when you go

24  out to eat?

25        MR. THORNTON:  I have no books and

1      records that have anything to do with any

2      taxable year liability under Subtitle A, Part

3      I, Income Taxes.

4              MR. WAGNER:  Where do you handle

5      your financial transactions?

6              MR. THORNTON:  I have no books and

7      records that have anything to do with any

8      taxable year liability under Subtitle A, Part

9      I, Income Taxes.

10             MR. WAGNER:  Where do you keep your

11     banking or financial accounts?

12             MR. THORNTON:  I have no books and

13     records that are subject to any Part I,

14     Subtitle A, Income Taxes, for the calendar

15     years 2001 through 2012, as defined in

16     26 U.S.C. 7701(a)23 taxable year.  And,

17     specifically, I have no taxable year liability

18     for the calendar years 2001 through 2012, upon

19     the basis of which taxable income is computed

20     under Subtitle A.

21             MR. WAGNER:  What investments do you

22     maintain?

23             MR. THORNTON:  I have no books and

24     records that have anything to do with any

25     taxable year liability under Subtitle A, Part

1  I, Income Taxes.

2          MR. WAGNER:  What real property do

3  you own?

4          MR. THORNTON:  I have no books and

5  records that have anything to do with any

6  taxable year liability under Subtitle A, Part

7  I, Income Taxes.

8          MR. WAGNER:  Please describe what

9  property and possessions you own.

10          MR. THORNTON:  I have no books and

11  records that are subject to any Part I,

12  Subtitle A, Income Taxes, for the calendar

13  years 2001 to 2012, as defined in 26 U.S.C.

14  7701(a)23, taxable year.  And, specifically, I

15  have no taxable year liability for the calendar

16  years 2001 through 2012, upon the basis of

17  which the income tax is computed under Subtitle

18  A.

19          MR. WAGNER:  Do you have any

20  vehicles, cars, trucks, motorcycles, trailers,

21  boats, or aircraft?

22          MR. THORNTON:  I have no books and

23  records that have anything to do with any

24  taxable year liability under Subtitle A, Part

25  I, Income Taxes.

1      MR. WAGNER:   Do you have any type of

2  vehicle loan?

3      MR. THORNTON:   I have no books and

4  no records that have anything to do with any

5  taxable year liability under Subtitle A, Part

6  I, Income Taxes.

7      MR. WAGNER:   Are you the beneficiary

8  of a trust?

9      MR. THORNTON:   I have no books and

10  records that are subject to any Part I,

11  Subtitle A, Income Taxes, for calendar years

12  2001 through 2012 as defined in 26 U.S.C.

13  7701(a)23 taxable year.   And, specifically, I

14  have no taxable year liability for the calendar

15  years 2001 to 2012, upon the basis of which

16  taxable income is computed under Subtitle A.

17      MR. WAGNER:   Are you the beneficiary

18  of a trust, estate, or life insurance policy?

19      MR. THORNTON:   I have no known legal

20  duty to act as a withholding agent being any

21  person required to deduct and withhold any

22  taxes defined in 26 U.S.C. 7701(a)16.

23  Withholding agent, the term "withholding

24  agent," meaning any person required to deduct

25  and withhold any tax under the provisions of

1    Section 1441, 1442, 1443 or 1461.  The only

2    Subtitle A parties identified, and,

3    specifically, in 26 U.S.C. 7701(a)16, money

4    withheld for any tax of which none of these

5    applies to none of these parties.

6              MR. WAGNER:  Have you contributed to

7    a trust?

8              MR. THORNTON:  I have no books and

9    records that have anything to do with any

10   taxable year liability under Subtitle A, Part

11   I, Income Taxes.

12             MR. WAGNER:  Are you a trustee or

13   fiduciary?

14             MR. THORNTON:  I have no books and

15   records that are subject to any Part I,

16   Subtitle A, Income Tax, for the calendar years

17   2001 through 2012 as defined in 26 U.S.C.

18   7701(a)23 taxable year.  And, specifically, I

19   have no taxable year liability for the calendar

20   years 2001 through 2012, upon the basis of

21   which the taxable income is computed under

22   Subtitle A.

23             MR. WAGNER:  Describe the transfer

24   of ownership of any assets or property

25   previously owned.

1      MR. THORNTON:  I have no books and

2   records that have anything to do with any

3   taxable year liability under Subtitle A, Part

4   I, Income Taxes.

5      MR. WALLIN:  Let me interrupt for a

6   second.  I see you've put -- is that a

7   telephone that you've just taken out and put on

8   the desk?

9      MR. THORNTON:  It is.  It was

10   falling off my belt.

11      MR. WALLIN:  Okay.  So it's not

12   connected to anyone?

13      MR. THORNTON:  No.  It's on silent.

14      MR. WALLIN:  Okay.  Thank you.

15      MR. THORNTON:  Uh-huh.

16      MR. WAGNER:  Thank you, Mr. Wallin.

17      Who uses the credit cards in your

18   household?

19      MR. THORNTON:  I have no books and

20   records that have anything to do with any

21   taxable year liability under Subtitle A, Part

22   I, Income Taxes.

23      MR. WAGNER:  Do you have any credit

24   cards?

25      MR. THORNTON:  I have no books and

1  records that are subject to any Part I,

2  Subtitle A, Income Taxes, for the calendar

3  years 2001 through 2012, as defined in

4  26 U.S.C. 7701(a)23 taxable year.  And,

5  specifically, I have no taxable year liability

6  for the -- for the calendar years 2001 through

7  2012, upon the basis of which the taxable

8  income is computed under Subtitle A.

9            MR. WAGNER:  Do you have a driver's

10  license?

11            MR. THORNTON:  I have no books and

12  records that have anything to do with any

13  taxable year liability under Subtitle A, Part

14  I, Incomes Taxes.

15            MR. WAGNER:  Describe the vehicles

16  you own or have interest in.

17            MR. THORNTON:  I have no books or

18  records that are subject to any Part I,

19  Subtitle A, Income Taxes, for the calendar

20  years 2001 through 2012 as defined in

21  26 U.S.C. 7701(a)23 taxable year.  And,

22  specifically, I have no taxable year liability

23  for the calendar years of 2001 through 2012,

24  upon the basis of which the taxable income is

25  computed under Subtitle A.

1          MR. WAGNER:  What vehicles do you

2     drive?

3          MR. THORNTON:  I have no books and

4     records that have anything to do with any

5     taxable year liability under Subtitle A, Part

6     I, Income Taxes.

7          MR. WAGNER:  How did you arrive at

8     your appearance today?

9          MR. THORNTON:  I have no known legal

10    duty to act as a withholding agent being any

11    person required to deduct and withhold any

12    taxes defined in 26 U.S.C. 7701 (a)16.

13    Withholding agent, the term "withholding agent"

14    meaning any person required to deduct and

15    withhold any tax under the provisions of

16    Section 1441, 1442, 1443, 1461.

17         MR. WAGNER:  What are your sources

18    of income?

19         MR. THORNTON:  I have no books and

20    records that have anything to do with any

21    taxable year liability under Subtitle A, Part

22    I, Income Taxes.

23         MR. WAGNER:  When did you last file

24    a tax return?

25         MR. THORNTON:  I have no books and

1   records that are subject to any Part I,

2   Subtitle A, Income Tax, for calendar years 2001

3   through 2012, as defined in 26 U.S.C. 7701

4   (a)23 taxable year.  And, specifically, I have

5   no taxable year liability for calendar years

6   2001 through 2012, upon the basis of which the

7   taxable income is computed under Subtitle A.

8            MR. WAGNER:  Did you file your

9   individual income tax returns for 2003 to '13?

10           MR. THORNTON:  I have no known legal

11  duty to act as a withholding agent being any

12  person required to deduct any withholding taxes

13  defined in 26 U.S.C. 7701 (a)16.  I have no

14  books and records that have anything to do with

15  any taxable year liability under Subtitle A,

16  Part I, Income Taxes.

17           MR. WAGNER:  Well, those are some of

18  the questions we have prepared here.  I guess

19  it's my -- my perspective, Mr. Thornton, that

20  this is, you know, not a meaningful response to

21  our summons.

22           MR. THORNTON:  Well, there must

23  exist a substitute for return under 6020(b) in

24  the administrative record three forms being

25  Form 4549, Form 886(a) and sign form 13496, as

```
 1    a minimum as mandated by the chief council,

 2    notice CC2005-005.  But you seem to have chosen

 3    to ignore the chief law officer for the IRS,

 4    which there's nothing I can do about that.  But

 5    if you followed CC2005-005, then maybe I would

 6    have some understanding of what books and

 7    records are subject to Part I, Subtitle A,

 8    Income Taxes.

 9              MR. WAGNER:  Mr. Thornton, the

10    summons has been enforced and you've been given

11    an opportunity to comply before the Court holds

12    you in contempt.  And it's my goal today to try

13    to get you to meaningfully respond to our

14    questions and provide records.

15              MR. THORNTON:  I've provided my

16    responses.

17              MR. WAGNER:  Okay.  Do you have

18    anything further, Mr. Wallin?

19              MR. WALLIN:  Well, I see you have a

20    prepared statement that -- for most of these

21    questions, a prepared answer.  Did you prepare

22    that with your own legal research or did you

23    have somebody help you?

24              MR. THORNTON:  I have no books and

25    records that have anything to do with any
```

1   taxable year liability under Subtitle A, Part

2   I, Income Taxes.

3              MR. WALLIN:  What is that record

4   you're reading from, then, if you have no

5   documents?  You have that record there.

6              MR. THORNTON:  It's from Title 26.

7   I have no books and records that are subject to

8   any Part I, Subtitle A, Income Taxes, for

9   calendar years -- you must recognize this.

10  This is out of Title 26, the unambiguous code.

11  I have no books and records that are subject to

12  any Part I, Subtitle A, Income Taxes, for the

13  calendar years 2001 through 2012, as defined in

14  26 U.S.C. 7701(a)23 taxable year.  And,

15  specifically, I have no taxable year liability

16  for the calendar years 2001 through 2012, upon

17  the basis of which the taxable income is

18  computed under Subtitle A.

19             MR. WALLIN:  And is that a fact or

20  is that an opinion?

21             MR. THORNTON:  That's a fact.

22             MR. WALLIN:  And what do you base

23  that fact on?  Is it with counsel -- being

24  counseled by a tax professional or your own

25  personal --

1      MR. THORNTON:  I have no -- I have

2  no books and records that have anything to do

3  with any taxable year liability under Subtitle

4  A, Part I, Income Taxes.

5      MR. WALLIN:  Well, I didn't ask you

6  that, though.  I asked you if you had a trained

7  professional give you --

8      MR. THORNTON:  I provided my

9  response.

10      MR. WALLIN:  Okay.  Thank you.

11      MR. WAGNER:  Yeah.  I don't think we

12  have anything further.

13      MR. THORNTON:  Okay.

14      MR. WAGNER:  I don't believe --

15  well, I am -- I'm certainly not satisfied with

16  the responses, and the filing in the District

17  Court will reflect that.

18      MR. THORNTON:  Well, as you -- as I

19  said, Mr. Wagner, you had several days notice.

20  Information I have for this inquisitorial

21  hearing today.  And you could have filed in

22  with Judge Leyoung for any questions.  You

23  have -- to ask Judge Leyoung, could have ruled

24  on them for a day, which you didn't do.  You

25  must have a regulation or statute of the United

1    States for your questions.  And you provided

2    none to me.  I'm cooperating with the facts

3    that I know to be true and nothing else.

4                    MR. WAGNER:  Anything further?

5                    MR. WALLIN:  Well, I think most of

6    the -- the justification for these questions

7    were printed on the back of the summons.

8                    MR. WAGNER:  And as identified in

9    the filings with the District Court with the

10   lawful authority to summons and compel

11   testimony and provide records.

12                   MR. THORNTON:  And I'm providing you

13   my testimony.

14                   MR. WAGNER:  Well, the United States

15   is not satisfied and we'll -- we'll have that

16   -- that will be indicated in the filing to the

17   District Court.

18                   I don't have anything further,

19   Mr. Thornton.  So . . .

20                   MR. THORNTON:  Are you concluding

21   the meeting?

22                   MR. WAGNER:  I'm concluding the

23   meeting.

24                   MR. THORNTON:  Okay.

25                   MR. WALLIN:  It is 10:21.

1            MR. WAGNER:  10:21 a.m.

2            MR. THORNTON:  I'd like to go in and

3   sit in with my wife as a -- and observe her --

4            MR. WAGNER:  She can come in here if

5   she would like, sir.  But as an observer, yes.

6            MR. THORNTON:  Can we get one more

7   chair in here?  There's going to be a

8   third-party coming in here as well as a

9   third-party witness.

10           MR. WAGNER:  We can get as many

11  chairs as we need.

12           MR. THORNTON:  Okay.

13           MR. WAGNER:  If you would join me

14  just for a second, Rich.

15           MR. WALLIN:  Okay.

16           MR. WAGNER:  We'll be right back.

17           JOHN:  Okay.  Did they talk to you?

18           MRS. THORNTON:  No.  They were

19  waiting for -- they only had one recording

20  device.

21           MR. THORNTON:  They used to have

22  reel to reel, but they kind of moved up in

23  technology.

24           MR. JOHN:  That's what I expect.

25           MRS. THORNTON:  I was going to say,

1    when the gal said that we could -- we had to

2    wait, I was going to -- said to John, I said,

3    "Well, can we go in there, then, if they only

4    have one recording device?"

5              MR. THORNTON:  And I did not swear

6    or affirm.

7              MRS. THORNTON:  They offered that?

8              MR. THORNTON:  Uh-huh.  We just

9    small chatted away with how they were there in

10   the room.

11             MR. JOHN:  Oh, yeah.

12             MR. THORNTON:  I kind of found it

13   incredulous that they only have one recording

14   device.  Isn't that just bizarre?

15             MR. JOHN:  Yeah.  Remember he was

16   asking about --

17             MR. THORNTON:  That's why they

18   couldn't conduct the interview over there

19   because they didn't have a second recording

20   device.

21             MR. WAGNER:  Okay.  We're commencing

22   at 10:24 a.m., the 4th of December 2014, for

23   the court-enforced summons to Crisandra J.

24   Thornton.  This is Revenue Officer Jeffrey

25   Wagner conducting the interview.  And if

1    everyone would identify themselves.

2              MR. WALLIN:  Richard Wallin, Revenue

3    Officer.  I'm John.  I'm their friend.

4              MR. THORNTON:  I'm John Thornton.

5              MRS. THORNTON:  Crisandra Thornton.

6              MR. WAGNER:  And just so everyone,

7    if you speak, Crisandra, just make sure it's

8    loud enough so the recorder can hear it.  And

9    just -- just so everyone's aware, John and

10   John, you're both witnesses.  So, you know,

11   please do not interrupt the appearance.  If you

12   do interrupt it, we'll ask you to leave.

13              So -- so we're recording the audio.

14   Is there any reason you can't answer truthfully

15   today?

16              MRS. THORNTON:  No, there's not.

17              MR. WAGNER:  Okay.  Well, you're

18   appearing incidental to the summons, so we need

19   to administer the oath statement.

20              MRS. THORNTON:  I'm not going to

21   take the oath.

22              MR. WAGNER:  Okay.  For what reason?

23              MRS. THORNTON:  Religious reasons.

24              MR. WAGNER:  Okay.  We have the

25   alternative of having you affirm, make an

1      affirmation in lieu of swearing.

2              MRS. THORNTON:  I'm opposed to that

3      as well.

4              MR. WAGNER:  Okay.  Well --

5              MRS. THORNTON:  But I've already --

6      you've asked me if I'm going to speak the truth

7      today, and I've already said I will.  So . . .

8              MR. WAGNER:  Okay.  Well, we can go

9      through the questions, but I'm just telling

10     you, generally speaking, an affirmation is an

11     acceptable alternative to the -- to swearing an

12     oath.  So, you know, the government still

13     wishes for you to make an affirmation before we

14     continue, but we --

15             MRS. THORNTON:  I've already stated

16     that I will speak the truth.  You've asked me

17     that and I've answered it.

18             MR. WAGNER:  Okay.  At what address

19     do you reside?

20             MRS. THORNTON:  4128 Utica Avenue

21     South, St. Louis Park.

22             MR. WAGNER:  And your occupation?

23             MRS. THORNTON:  Manager of human

24     resources.

25             MR. WAGNER:  And we're just taking

```
1    notes.  So if we pause, that's the reason.
2                  Where are you employed?
3              MRS. THORNTON:  Consulting
4    Radiologists.
5              MR. WAGNER:  And how long have you
6    been employed there?
7              MRS. THORNTON:  Since March of '03.
8              MR. WAGNER:  What's the address of
9    where you work?
10             MRS. THORNTON:  1221 Nicollet Mall,
11   Minneapolis 55403.
12             MR. WAGNER:  And your level of
13   education?
14             MRS. THORNTON:  High school, plus
15   some college.
16             MR. WAGNER:  And your relationship
17   to John Thornton?
18             MRS. THORNTON:  He is my husband.
19             MR. WAGNER:  And where were you
20   married, what county?
21             MRS. THORNTON:  Hennepin County.
22             MR. WAGNER:  Okay.  And when?
23             MRS. THORNTON:  October 3, 1998.
24             MR. WAGNER:  Where do you do your
25   banking or keep your financial accounts?
```

1          MRS. THORNTON:  Wells Fargo.

2          MR. WAGNER:  Do you keep accounts at

3     any other financial institution?

4          MRS. THORNTON:  Not bank accounts,

5     no.  I have information regarding my retirement

6     plans.

7          MR. WAGNER:  Okay.

8          MRS. THORNTON:  Yeah.

9          MR. WAGNER:  We can take a look at

10    that when we're finished with the questions.  I

11    appreciate that.  But you don't have any

12    financial accounts at any other financial

13    institution or credit union or anything like

14    that?

15         MRS. THORNTON:  No.

16         MR. WAGNER:  With the exception of

17    the investments --

18         MRS. THORNTON:  Correct.

19         MR. WAGNER:  -- and retirement

20    accounts?

21         MRS. THORNTON:  Correct.

22         MR. WAGNER:  Do you have any

23    children?

24         MRS. THORNTON:  No.

25         MR. WAGNER:  And what's your

1    husband, John Thornton's, occupation?

2                    MRS. THORNTON:  He's -- he is my

3    husband.  He's my -- he's my husband.  He's my

4    spouse.

5                    MR. WAGNER:  But what does he do?

6    What's his occupation?

7                    MRS. THORNTON:  I'm not -- I'm not

8    sure how to answer that.

9                    MR. WAGNER:  So you don't -- how

10   does he -- does he earn any income?

11                   MRS. THORNTON:  I'm not aware of any

12   of his -- I'm not privy to his financial

13   situation or his -- any income, as you may

14   define it.

15                   MR. WAGNER:  Does he have any

16   training or does he do anything?  What does he

17   do with his time?

18                   MRS. THORNTON:  He -- well, he takes

19   care of me.  He takes care of our dog.  He

20   takes care of our home.

21                   MR. WAGNER:  Anything else?

22                   MRS. THORNTON:  Not -- right now,

23   no.  That's it.

24                   MR. WAGNER:  Has he previously had

25   an occupation or done anything else besides --

```
 1                    MRS. THORNTON:  He has an education
 2       in -- in computer science and with a math
 3       minor.
 4                    MR. WAGNER:  When's the last time he
 5       worked?
 6                    MRS. THORNTON:  I'm not sure.  I'm
 7       not -- I don't recall.
 8                    MR. WAGNER:  So he's not currently
 9       employed?
10                    MRS. THORNTON:  Not at this time.
11                    MR. WAGNER:  Okay.  Does he keep an
12       office or other place of business?
13                    MRS. THORNTON:  (No response.)
14                    MR. WAGNER:  Where does he keep his
15       banking or handle his financial transactions,
16       referring to your husband John Thornton?
17                    MRS. THORNTON:  I'm not privy to his
18       financial information.
19                    MR. WAGNER:  Who pays the household
20       bills?
21                    MRS. THORNTON:  I do.
22                    MR. WAGNER:  Does your husband, John
23       Thornton, pay any bills?
24                    MRS. THORNTON:  I have all of the
25       information here for you to review.
```

```
 1                MR. WAGNER:  Okay.  And I --
 2                MRS. THORNTON:  So I'll --
 3                MR. WAGNER:  We'll take a look at
 4     that.
 5                MRS. THORNTON:  Yes.  But you'll see
 6     that I pay the household bills.
 7                MR. WAGNER:  Okay.  Does he pay any
 8     bills?
 9                MRS. THORNTON:  I pay all of the
10     household bills.
11                MR. WAGNER:  You pay all of them?
12                MRS. THORNTON:  Uh-huh.
13                MR. WAGNER:  Do you have a mortgage?
14                MRS. THORNTON:  I do.
15                MR. WAGNER:  Okay.  Who pays it?
16                MRS. THORNTON:  I do.
17                MR. WAGNER:  Does your husband,
18     John, contribute anything to it?
19                MRS. THORNTON:  He does not.
20                MR. THORNTON:  Can I run to the
21     bathroom, guys?  Does this door open so I can
22     go back and forth?
23                MR. WAGNER:  Yes.  Yes.
24                MR. WALLIN:  You'll have to knock.
25     It's right straight through the hallway past
```

```
1      the elevator.  Straight ahead and it's to your
2      right --
3                 MR. THORNTON:  Okay.  Thank you.
4                 MR. WALLIN:  -- before you get to
5      the next door.
6                 MR. WAGNER:  Mr. Thornton is leaving
7      to use the restroom.  Note the time here.
8                 MR. WALLIN:  10:31.
9                 MR. WAGNER:  At 10:31, and we're
10     continuing.
11                Okay.  Who's the mortgage through?
12                MRS. THORNTON:  CitiMortgage.
13                MR. WAGNER:  Do you have a
14     homeowner's policy?
15                MRS. THORNTON:  Yes.  Insurance
16     policy, you mean?
17                MR. WAGNER:  Yes, a homeowner's
18     policy.
19                MRS. THORNTON:  Yes.
20                MR. WAGNER:  Who is it through?
21                MRS. THORNTON:  Allied, I believe.
22                MR. WAGNER:  Allied?
23                MRS. THORNTON:  Insurance.
24                MR. WAGNER:  Do you know where
25     they're based or where -- where do you send the
```

1   payments?

2            MRS. THORNTON:  I believe they're in

3   Iowa.

4            MR. WAGNER:  Okay.  And

5   CitiMortgage, do you have any idea where

6   they're based?  It's a large national

7   corporation.

8            MRS. THORNTON:  Where do I send the

9   mortgage check.  You know what?  I don't

10  honestly know where I send the mortgage check,

11  but there should be -- and, again, in here it

12  should be.

13           MR. WAGNER:  Is it a check or is it

14  an electronic payment?

15           MRS. THORNTON:  No.  I pay by check.

16           MR. WAGNER:  Okay.  And the

17  homeowner's insurance bill, do you pay that?

18           MRS. THORNTON:  I do.

19           MR. WAGNER:  When you go out to eat,

20  who pays?  Who pays for the bills?

21           MRS. THORNTON:  I don't know.

22  That's a ridiculous question.  I pay sometimes.

23  I mean, it's depending -- if we're going out

24  with John, John may pay.  I don't -- I guess

25  I'm not --

| | |
|---|---|
| 1 | MR. WAGNER:  John, referring to your |
| 2 | husband or -- |
| 3 | MRS. THORNTON:  No.  John -- I'm |
| 4 | just saying -- |
| 5 | MR. WAGNER:  Your friend John? |
| 6 | MRS. THORNTON:  Yes.  Depending who |
| 7 | we're out to dinner with.  I mean, it might |
| 8 | be -- I might pay or the -- |
| 9 | MR. WAGNER:  Does your husband, John |
| 10 | Thornton, ever pay for -- for the -- |
| 11 | MRS. THORNTON:  Not that I recall, |
| 12 | not -- I mean, nothing recent, that I can think |
| 13 | of. |
| 14 | MR. WAGNER:  Okay.  So would you say |
| 15 | you usually pay when you go out to eat? |
| 16 | MRS. THORNTON:  I typically do. |
| 17 | MR. WAGNER:  Okay.  What type of |
| 18 | investments does your husband, John Thornton, |
| 19 | have? |
| 20 | MRS. THORNTON:  I'm not aware of any |
| 21 | investments he may have. |
| 22 | MR. WAGNER:  Does John Thornton have |
| 23 | any investment in any precious metals or any |
| 24 | other investments? |
| 25 | MRS. THORNTON:  I have no knowledge |

1    of that.

2                    MR. WAGNER:  Do you or John

3    Thornton, your husband, own, keep, maintain or

4    have any precious metals?

5                    MRS. THORNTON:  No, not that I -- I

6    don't, and not that I'm aware of as far as my

7    husband.

8                    MR. WAGNER:  You don't keep any in

9    your household or have any control over any?

10                   MRS. THORNTON:  No.

11                   MR. WAGNER:  Okay.  What assets and

12   possessions does John Thornton, your husband,

13   own or have interest in?

14                   MRS. THORNTON:  None that I'm aware

15   of.

16                   MR. WAGNER:  What about the

17   household effects, your personal belongings and

18   such, are those owned jointly or are those just

19   yours?

20                   MRS. THORNTON:  Are you talk -- like

21   our furniture and things like that?

22                   MR. WAGNER:  Sure.  Anything else in

23   the household.

24                   MRS. THORNTON:  Most, actually, it's

25   mine.  I -- I own the house.  I own the

1   contents of the house.

2                MR. WAGNER:  Okay.  Does your

3   husband, John Thornton, own or have interest in

4   any real property?

5                MRS. THORNTON:  No, not that I'm

6   aware of.

7                MR. WAGNER:  Does your husband, John

8   Thornton, own or have any interest in any

9   vehicles, cars, trucks, motorcycles, trailers,

10  boats, or aircraft?

11               MRS. THORNTON:  No, not that I'm

12  aware of.

13               MR. WAGNER:  Does John Thornton --

14  excuse me.  Is John Thornton the beneficiary of

15  a trust?

16               MRS. THORNTON:  No, not that I'm

17  aware of.

18               MR. WAGNER:  Is John Thornton the

19  beneficiary of an estate or life insurance

20  policy?

21               MRS. THORNTON:  Not that I'm aware

22  of.

23               MR. WAGNER:  Do you have a life

24  insurance policy?

25               MRS. THORNTON:  I do.

1      MR. WAGNER:  Who's the beneficiary?

2      MRS. THORNTON:  My parents and my

3  sister.

4      MR. WAGNER:  Is John Thornton a

5  contributor to any trust?

6      MRS. THORNTON:  Not that I'm aware

7  of.

8      MR. WAGNER:  Is John Thornton a

9  trustee or fiduciary?

10     MRS. THORNTON:  Not that I'm aware

11  of.

12     MR. WAGNER:  Who uses credit cards

13  in the household?

14     MRS. THORNTON:  I do.

15     MR. WAGNER:  Does your husband, John

16  Thornton, have any credit cards?

17     MRS. THORNTON:  Not that I'm aware

18  of.

19     MR. WAGNER:  Where do you keep -- or

20  what financial institutions are your credit

21  cards at?

22     MRS. THORNTON:  Target, Herberger's,

23  J.C. Penney's.  I have one through AAA.  I

24  think it's AAA Financial Services.  I can't

25  think of -- I might have another store card.  I

```
1     don't -- not that -- nothing comes to mind.

2                 MR. WAGNER:  Are they all just store

3     cards or do you have any -- like one issued by

4     a financial institution just like --

5                 MRS. THORNTON:  Like a Visa or

6     MasterCard?

7                 MR. WAGNER:  Yeah.

8                 MRS. THORNTON:  Yeah.  Well, that's

9     the what the AAA Financial is.  It's a Visa

10    MasterCard -- or Visa card.

11                MR. WAGNER:  Okay.  Let's pause.

12    The time -- the time is 10:36, and John

13    Thornton has returned.

14                So continuing, you were referencing

15    the AAA card.  What type of card was that?

16                MRS. THORNTON:  It's a Visa card.

17                MR. WAGNER:  A Visa?  Okay.  Is this

18    the principal one you use for your expenses for

19    the household, or, you know, when you spend

20    money with a credit card?

21                MRS. THORNTON:  Yes.

22                MR. WAGNER:  Okay.  And do you know

23    -- so AAA Financial, is that who issued it or

24    is there a bank involved?

25                MRS. THORNTON:  I don't know.
```

1    There's just -- it's just --

2    MR. WAGNER: So you're looking at a

3    statement, AAA -- a AAA Financial Services.

4    Okay. Very good. We'll take a look at that at

5    the end. Thank you.

6    So I think I asked you this before,

7    but I just want to clarify. Does your husband,

8    John Thornton, have any credit cards?

9    MRS. THORNTON: Not that I'm aware

10   of.

11   MR. WAGNER: Okay.

12   MRS. THORNTON: No.

13   MR. WAGNER: What vehicles does your

14   husband, John Thornton, drive?

15   MRS. THORNTON: He drives my truck.

16   MR. WAGNER: Okay. What type of

17   truck is that?

18   MRS. THORNTON: It's a GMC. I'm not

19   sure of the year.

20   MR. WAGNER: 2000s?

21   MRS. THORNTON: It's older.

22   MR. WAGNER: Is it titled,

23   registered to you in Minnesota?

24   MRS. THORNTON: Yes, it is.

25   MR. WAGNER: Okay. Any other

1   vehicles that he typically uses?

2            MRS. THORNTON:  No.

3            MR. WAGNER:  What other vehicles do

4   you own?

5            MRS. THORNTON:  How is that relevant

6   to -- to why we're here today?  I'm -- I'm just

7   not understanding your line of questioning.

8            MR. WAGNER:  It's relevant because

9   you're married.  And everything pertaining to

10  your finances is of interest to the government

11  since you're married and live in the same

12  household.

13           MRS. THORNTON:  Okay.  Well, I have

14  my documents that you requested.  You also have

15  access to my tax returns for the last umpteen

16  years.  So I don't understand why we're

17  continuing to go down this road.

18           MR. WAGNER:  Well, in addition to

19  providing the records and the returns that you

20  filed, we do have the ability to secure

21  testimony.  And that's what I'm doing.  So

22  that's -- I do need to ask the question and get

23  a -- get a response.

24           MRS. THORNTON:  Okay.  Well, again,

25  I have no knowledge.  Because we're here

| | |
|---|---|
| 1 | regarding my husband, I'm going to say this to |
| 2 | you.  I have no knowledge of my husband's |
| 3 | income or any gross income as it's defined.  I |
| 4 | don't have any information with regards to |
| 5 | books and records for any taxable years that |
| 6 | you're referencing, 2001, 2002, 2003, stated in |
| 7 | the summons.  And I specifically have no |
| 8 | knowledge of any taxable income as computed |
| 9 | under Subtitle A.  And the current documents |
| 10 | requested are just distinctive with John |
| 11 | Thornton's 2001, 2002 and 2003 issues with the |
| 12 | IRS.  So I'm -- I provided my responses to you. |
| 13 | I'm not -- again, not sure why we need to keep |
| 14 | going down this road. |
| 15 | MR. WAGNER:  Okay.  Well, I will put |
| 16 | a note by the question.  We can return to it. |
| 17 | Who pays the vehicle insurance? |
| 18 | MRS. THORNTON:  I do. |
| 19 | MR. WAGNER:  And who's the vehicle |
| 20 | insurance through? |
| 21 | MRS. THORNTON:  Allied. |
| 22 | MR. WAGNER:  And was that the same |
| 23 | as the homeowner's policy? |
| 24 | MRS. THORNTON:  Yes.  It's all |
| 25 | rolled into one. |

1                    MR. WAGNER:  Okay.

2                    MRS. THORNTON:  It's home and auto

3        together.

4                    MR. WAGNER:  And I think I may have

5        asked this, but I will ask it again:  What are

6        your husband John Thornton's sources of income?

7                    MRS. THORNTON:  I have responded to

8        that question previously.  I've given you my

9        response.  Do you have any other questions?

10                   MR. WAGNER:  So is there no source

11       of income?

12                   MRS. THORNTON:  I've responded to

13       that question previously.  I have no knowledge

14       regarding my husband's income.  I have answered

15       this question.

16                   MR. WAGNER:  Okay.  Does your

17       husband file individual income tax returns?

18                   MRS. THORNTON:  I have no knowledge

19       of that.

20                   MR. WAGNER:  Do you or your husband

21       maintain a safe deposit box?

22                   MRS. THORNTON:  I don't.  I'm not --

23       have no knowledge of whether he does or not.

24                   MR. WAGNER:  What's your

25       relationship with Mark Stevens?

```
 1              MRS. THORNTON:  He is a friend.
 2              MR. WAGNER:  And your husband's
 3    relationship with him?
 4              MRS. THORNTON:  I guess you would
 5    have to ask my husband that question.
 6              MR. WAGNER:  What's the nature of
 7    the friendship?
 8              MRS. THORNTON:  My friendship with
 9    Mark?
10              MR. WAGNER:  Uh-huh.
11              MRS. THORNTON:  He's -- he's a
12    friend.  I don't know.  What do you mean?
13    That's a -- that's kind of a -- I don't
14    understand the question.
15              MR. WAGNER:  How did you meet?
16              MRS. THORNTON:  Through my husband.
17              MR. WAGNER:  Okay.  And what's his
18    involvement with this proceeding?
19              MRS. THORNTON:  Mark's involvement
20    with us, our friendship with Mark has
21    absolutely nothing to do with why we're here
22    today.  So I am not sure how to answer your
23    question.  I don't understand.
24              MR. WAGNER:  Have you paid him any
25    money?
```

1    MRS. THORNTON:   No, I have not.

2    MR. WAGNER:   Has your husband?

3    MRS. THORNTON:   I have no knowledge

4 of that.   If you have questions regarding my

5 husband's relationship with Mark, you need to

6 direct those to my husband.

7    MR. WAGNER:   Okay.   Regarding

8 vehicles again, I do need to know what vehicles

9 you own, because it pertains to the -- it's --

10    MRS. THORNTON:   You would have that

11 information in my tax -- income tax, because,

12 obviously, I file an income tax return.   I

13 itemize my deductions.   The information on my

14 vehicles would be in that information.

15    MR. WAGNER:   Well, not all vehicles

16 are listed on an individual income tax return.

17    MRS. THORNTON:   Well, if I purchase

18 license tabs for them, that information is

19 available to you.

20    MR. WAGNER:   Sure.   But sometimes

21 people do not have that.   I need to -- I need

22 to know what vehicles you own.

23    MRS. THORNTON:   I own -- I own a

24 car.   I own a truck.

25    MR. WAGNER:   Okay.   Your make and

1  model for both of them?

2          MRS. THORNTON:   The truck we already

3  discussed.

4          MR. WAGNER:   Yup, the older GMC

5  truck.   Yup.

6          MRS. THORNTON:   The Honda Civic is a

7  2002 or 2001, I believe.

8          MR. WAGNER:   So just the GMC truck

9  and the Honda Civic.   Are there any other

10  vehicles?

11          MRS. THORNTON:   Oh, a motorcycle.   I

12  have a motorcycle.

13          MR. WAGNER:   What's the make and

14  model?

15          MRS. THORNTON:   A Honda Gold Wing.

16          MR. WAGNER:   Do you know the year?

17          MRS. THORNTON:   2009 or 2010.

18          MR. WAGNER:   Any other vehicles?

19          MRS. THORNTON:   No.

20          MR. WAGNER:   Are you licensed in

21  Minnesota as a driver?   Do you have a Minnesota

22  drivers's license?

23          MRS. THORNTON:   Obviously you know

24  that.   Yes, I do.

25          MR. WAGNER:   And what type of

1   license do you have?  Is it a regular motor

2   vehicle permit?  Do you have a motorcycle

3   license?

4                   MRS. THORNTON:  I'm in the process

5   of getting that, actually, studying for that.

6                   MR. WAGNER:  What are the mileages

7   on these vehicles?  The GMC --

8                   MRS. THORNTON:  You know, I have no

9   idea.  Over 100,000 on both vehicles.  That's

10  the best answer I can give you.

11                  MR. WAGNER:  Okay.  Over a hundred.

12  And when were they acquired or purchased?

13                  MRS. THORNTON:  Back whatever year

14  they are.

15                  MR. WAGNER:  So they were purchased

16  new?

17                  MRS. THORNTON:  They were purchased

18  new back 13 years ago or whatever it was.

19                  MR. WAGNER:  And the motorcycle,

20  what year was that purchased?

21                  MRS. THORNTON:  Again, whatever year

22  it was purchased.

23                  MR. WAGNER:  Should we take a look

24  at the records you brought?

25                  MRS. THORNTON:  I have everything

1   separated out there.

2            MR. WAGNER:   Okay.   So we have the

3   credit card statements.

4            Mr. Thornton is leaving again at

5   10:45.

6            MR. WALLIN:   Are these copies for

7   Mr. Wagner to keep or should we make

8   photocopies?

9            MRS. THORNTON:   Yes.   No, you can

10  keep those.

11           MR. WALLIN:   Thank you.

12           MR. WAGNER:   I'm reviewing the bank

13  statements as well.   Anna Mae Dubusch, is

14  that --

15           MRS. THORNTON:   That's my mom.

16           MR. WAGNER:   Oh, your mother.   Okay.

17  Do you still maintain this account?

18           MRS. THORNTON:   I do.

19           MR. WAGNER:   Okay.   And do you only

20  have this joint account?

21           MRS. THORNTON:   Yes.

22           MR. WAGNER:   Okay.

23           MRS. THORNTON:   It's with -- yes,

24  with my mother.   It's my only checking account.

25           MR. WAGNER:   Okay.   Is there a

1  savings?

2         MRS. THORNTON:  Yes.  It's attached

3  to that as well.

4         MR. WAGNER:  Okay.  So it's a joint

5  checking/savings.  Okay.

6         I'm looking here at a Wells Fargo

7  account statement, equity line.  This is an

8  equity line of credit?

9         MRS. THORNTON:  Uh-huh.  Correct.

10        MR. WAGNER:  On your home?

11        MRS. THORNTON:  Correct.

12        MR. WAGNER:  Okay.  As of the

13 statement date back in July 21, 2013, you owed

14 $10,600, approximately.  Is that still about

15 the case?  How much do you owe on it currently?

16        MRS. THORNTON:  You know what?

17 Honestly, I don't know.  There's -- you'll see

18 there's monthly payments taken from my account.

19 So I don't know.  I don't know.  I can't answer

20 that for you.

21        MR. WAGNER:  Oh, okay.  So here are

22 the more recent statements, it looks like.

23 7,000.  Okay.

24        Our recorder has ceased, so we will

25 use the next tape.

1          MR. WALLIN:  At 10:48 we inserted a

2    new tape.

3          MR. WAGNER:  Okay.  Now.

4          MR. WALLIN:  Okay.  At 10:48 we

5    inserted a new tape into the tape recorder as

6    the old tape expired.

7          MR. WAGNER:  Yes.  New technology,

8    like you mentioned.

9          Looking at your investment

10   statements, RBC Wealth Management, an IRA, and

11   then a 401(k), it appears, Securian.  This is

12   through your employer?

13         MRS. THORNTON:  Correct.

14         MR. WAGNER:  Okay.  Did you maintain

15   this checkbook register or was it prepared

16   specifically for this appearance?

17         MRS. THORNTON:  No.  That is the one

18   I had in my -- with my bank records.

19         MR. WAGNER:  Okay.  This is 10/5, it

20   starts.

21         MRS. THORNTON:  Right.  It

22   encompasses the period you were looking for.

23   So -- so you were looking for information from

24   -- starting with -- was it February back?  So

25   February, March and April, correct?

1          MR. WAGNER:  Our summons just

2   indicates your check -- current checkbook

3   register.

4          MRS. THORNTON:  Oh, this is the one

5   -- I thought it was for the time period you

6   were looking at.  That was -- coincide with the

7   -- with the time.  Because what did it say?

8   The previous six months' bank statements.  So

9   I --

10         MR. WAGNER:  Yes.

11         MRS. THORNTON:  -- I pulled the

12  check register that is for that time period --

13  that encompassed that time period.

14         MR. WAGNER:  Okay.

15         MRS. THORNTON:  Is my understanding.

16  So it includes more than what is there, but

17  that's the time period that was --

18         MR. WAGNER:  Okay.  I presume this

19  -- these are records that you provided are for

20  us, but -- Mr. Thornton is joining us again at

21  10:52.  I presume you want this returned?

22         MRS. THORNTON:  If I could.

23         MR. WAGNER:  Yes.

24         MRS. THORNTON:  I mean, if you need

25  copies, you could make copies of the pages.

1      MR. WAGNER:  Yes, that's what I was
2  envisioning.
3      MRS. THORNTON:  Yup.
4      MR. WAGNER:  Okay.  So I think we
5  will do that.  We'll pause here at 10:52.  I'm
6  going to make copies of the checkbook register
7  and then we'll resume after I do that.
8      MRS. THORNTON:  Okay.
9      MR. WAGNER:  And I'll return the
10  original to you.  Okay?
11      MRS. THORNTON:  All right.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Audio Recording**



800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 58 of 69

**Audio Recording**            Page: 59



800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 59 of 69

**Audio Recording**



800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 60 of 69



800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 61 of 69



```
23        MRS. THORNTON:  Yeah.  That's fine.
24        MR. WAGNER:  Okay.  The time is
25    11:00 a.m., the 4th of December.  We're
```

1    reconvening after pausing to make copies of the

2    checkbook register.  This is Jeffrey Wagner.

3              So I've made the copies.

4              MRS. THORNTON:  Okay.

5              MR. WAGNER:  This is yours.

6              MR. WALLIN:  I'm returning the

7    checkbook register to Mrs. Thornton.

8              MR. WAGNER:  Mr. Wallin, I think you

9    had a few questions.  Do you want to --

10             MR. WALLIN:  So would you -- with

11   the way that your family expenses are run,

12   would you consider your husband to be a house

13   husband?

14             MRS. THORNTON:  I've already

15   responded to that question.

16             MR. WALLIN:  No one asked that

17   question yet.

18             MRS. THORNTON:  Yes.  Mr. Wagner

19   did.

20             MR. WAGNER:  I don't believe that's

21   how I asked it.

22             MRS. THORNTON:  Well, it was

23   rephrased.  So I've already responded to that

24   question.

25             MR. WALLIN:  Could you refresh my

1    memory, then, how you answered it?

2              MRS. THORNTON:  He has the notes.  I

3    believe you do, too.

4              MR. WALLIN:  I didn't ask -- that

5    question isn't on my list of questions.

6              MRS. THORNTON:  I have no knowledge

7    of John Thornton's income, which is not defined

8    in Title 26, so I'm not exactly sure what that

9    really means.  Any gross income of John

10   Thornton, any books and records, taxable years

11   2001, 2002 and 2003, as stated in the summons.

12   And, specifically, I have no knowledge of any

13   taxable income computed under -- excuse me --

14   Subtitle A.  And the current documents I have

15   provided to you per your request.

16             MR. WALLIN:  And I'm just asking if

17   you thought he was considered a house husband.

18             MRS. THORNTON:  Asked and answered.

19   You have my response.

20             MR. WALLIN:  Okay.  And I have one

21   other question.  You testified that you were

22   married, I believe, in 1998.

23             MRS. THORNTON:  Correct.

24             MR. WALLIN:  And at that time did

25   you have a prenuptial agreement with

1    Mr. Thornton?

2              MRS. THORNTON:  That has no

3    relevance on what we're here -- what does it

4    have to do with me today?

5              MR. WALLIN:  Well, that's -- we're

6    asking the questions.

7              MRS. THORNTON:  I have no knowledge

8    of John Thornton's income.

9              MR. WALLIN:  I didn't ask about his

10   income.  I asked if you had a pre -- if you

11   yourself had a prenuptial agreement with

12   Mr. Thornton prior to your marriage in 1998.

13             MRS. THORNTON:  I have no knowledge

14   of John Thornton's income.

15             MR. WAGNER:  I would -- I would say

16   that it is relevant, because, generally,

17   prenuptial agreements or spousal agreements

18   pertain a lot to income and assets.

19             MRS. THORNTON:  I have responded to

20   your question.

21             MR. WAGNER:  So if you -- we do need

22   to know if you have one, and if so, you know --

23             MRS. THORNTON:  I've provided my

24   response to you.

25             MR. WAGNER:  Okay.  Well, you know,

1   I do think that's one question that we really

2   do need an answer to.  The response you've

3   provided to us, your written response is

4   unsatisfactory.

5           MRS. THORNTON:  That's my response.

6           MR. WAGNER:  Okay.  Well, you've

7   been generally cooperative so far.

8           MR. WALLIN:  Did you prepare that --

9   from time to time you read off a piece of

10  paper.

11          MRS. THORNTON:  Yes.  These are my

12  notes.  These are my notes for this meeting.

13          MR. WALLIN:  And did you prepare

14  those notes yourself?

15          MRS. THORNTON:  These are my notes

16  for this meeting.

17          MR. WALLIN:  But did you prepare

18  your notes?

19          MRS. THORNTON:  These are my notes

20  for this meeting.

21          MR. WALLIN:  Did somebody else

22  prepare those notes for you?

23          MRS. THORNTON:  These are my notes

24  for this meeting.

25          MR. WAGNER:  Well, I do think we

1    need a meaningful response.  I mean, as you're

2    also aware, you were at the court hearing, I

3    mean, I do want an answer to the question

4    related to whether or not you have a spousal

5    property agreement or a prenuptial agreement.

6         MRS. THORNTON:  I have provided my

7    response to --

8         MR. WAGNER:  And your response is

9    your prepared statement about income?

10        MRS. THORNTON:  Correct.  You have

11   -- I have previously answered your question.

12        MR. WALLIN:  I have a question on

13   the mortgage.  And usually in Minnesota both

14   spouses have to sign on the mortgage.  Is

15   Mr. Thornton also on your mortgage with you or

16   are you the sole party responsible to the bank

17   for your real estate mortgage?

18        MRS. THORNTON:  I have responded to

19   that question, and you also have documentation

20   which shows the -- you can see where the --

21   where I make my mortgage payments to them and

22   who is making the payments.

23        MR. WAGNER:  We can see maybe --

24   I'll need to look at the records in further

25   detail.  Perhaps you're making the payment, but

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 67 of 69

1   that doesn't mean that your husband may not be

2   obligated to the bank to pay that.

3           MRS. THORNTON:  That is my

4   obligation.

5           MR. WAGNER:  It's your obligation

6   exclusively?

7           MRS. THORNTON:  I have no knowledge

8   of my husband's income, any gross income.

9           MR. WALLIN:  Maybe it would be

10  easier to ask, did you own this house before

11  you were married to Mr. Thornton?  Is this a

12  premarital asset?

13          MRS. THORNTON:  I've already

14  responded to your question.

15          MR. WAGNER:  You haven't responded.

16  It's whether or not it's a premarital asset.

17          MRS. THORNTON:  I've responded to

18  your question.

19          MR. WALLIN:  I have no additional

20  questions.

21          MR. WAGNER:  I do not, either.  So

22  the meeting is concluded.

23          MRS. THORNTON:  Thank you.

24          MR. WALLIN:  At 11:05.

25          MR. WAGNER:  At 11:05.

800-545-9668
612-339-0545

*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*

#83080

Attachment B - page 68 of 69

REPORTER'S CERTIFICATE

STATE OF MINNESOTA: )
                    ) ss.
COUNTY OF HENNEPIN: )

I hereby certify that I transcribed the audio recording recorded on the 4th day of December;

That the audio was transcribed by me and is a true record of the audio;

That the cost of the original has been charged to the party who ordered the transcribing, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

WITNESS MY HAND AND SEAL THIS 10th day of December, 2014.

Sheila D. Fearing
Notary Public, Hennepin County, Minnesota
My commission expires January 31, 2015

800-545-9668
612-339-0545
*Paradigm Reporting & Captioning*
*www.paradigmreporting.com*
#83080

Attachment B - page 69 of 69