John Thornton
4128 Utica Avenue South
Saint Louis Park, Minnesota [55416]

RECEIVED

MAR 26 2015

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Petitioner* )<br> )<br>vs. )<br> )<br>John Thornton, )<br>    *Respondent* ) | Case No. 0:13-mc-00087-SRN-TNL |

**Motion to Schedule Hearing.**

Comes now John Thornton ("Thornton") with this **"Motion to Schedule a Show Cause Hearing."**

Inquisitor Wagner and Wilhelm have knowingly and intentionally not notified this Court of the February 23rd, 2015 Inquisition and their intentions to date. This dilatory action could lead this court to issue an Arrest Warrant and then have Thornton explain to this Court that he did answer all of the questions even those that were not relevant to Subtitle A—Income Taxes in Title 26 and Inquisitors Wagner definition of "income" finally disclosed to Thornton.

Therefore, Thornton Motions this Court to have a Show Cause Hearing before March 31st, 2015 or file an ORDER extending the time.

Motion to Schedule Hearing          Page 1 of 3

SCANNED
MAR 26 2015
U.S. DISTRICT COURT MPLS

Thornton is willing and able to via a phone call or other means that the Court chooses to deal with the current threats of Civil Sanctions precluding the Arresting of Thornton to Appear. There is no doubt that Inquisitor Wagner and Wilhelm have knowingly and intentionally delayed notifying this Court of the February 23rd 2015 Inquisition and their intentions for vindictive and hortatory reasons.

Also please take NOTICE that Thornton will be filing in a Writ of Mandamus into the 8th Circuit probably tomorrow, which has been delayed due to all of the newly discovered evidence.

My Hand, *[signature]*

## Certificate of Service.

I certify that this Motion are comprised of 194words in 13 Font in Times New Roman.

I further certify that this Motion and Attachments were delivered personally or mailed First Class prepaid to the following parties, to wit:

**Jerry Wilhelm**
**U.S. Courthouse**
**300 S 4th Street**
**Suite 600**
**Minneapolis, MN 55415**

Date: March 26th, 2015

By *[signature]*

Signature