John Thornton
4128 Utica Avenue South
Saint Louis Park, Minnesota [55416]

RECEIVED
15 APR -7 PM 3: 29
CLERK, U.S. DIST COURT
MINNEAPOLIS MN

## United States District Court
## District of Minnesota

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| *Petitioner* | ) |
| | ) |
| vs. | ) |
| | ) |
| **John Thornton,** | ) |
| *Respondent* | ) Case No. 0:13-mc-00087-SRN-TNL |

### Notice of Interlocutory Appeal and Motion for Preliminary Injunction To The 8th Circuit Court of Appeals.

Comes now John Thornton ("Thornton") with this **Notice of Interlocutory Appeal and Motion for Preliminary Injunction to the 8th Circuit Court of Appeals** under 28 U.S.C. § 1292(b) as there are controlling questions of law that will facilitate the ultimate termination of the litigation that are not in accord with the Supreme Court of Minnesota,, the 8th Circuit Court of Appeals and Supreme Court of the United States; and further, they have caused and will cause irreparable harm to Thornton if this is allowed to continue.

And further, Thornton does hereby Motion this Court for a Preliminary Injunction to all of the Current issues before the United States District Court in Minnesota in Case 0-13-mc-00087 especially the Sanctions issues as that has been extended by that court three times and this will not prejudice the UNITED STATES OF AMERICA as they offered no

SCANNED
APR 07 2015
U.S. DISTRICT COURT MPLS

objections. Thornton has no other remedies at this time and therefore Thornton is pursuing the interdiction of the 8th Circuit of Appeals into the USDC case.

The ORDER for this Interlocutory Appeal is Docket 85 filed on March 27th, 2015 is inextricable intertwined with the ORDER of Docket 23 on August 1, 2014, therein requiring both ORDER Issues of Law be resolved for this Interlocutory Appeal.

My Hand, *[signature]*

### Certificate of Service.

I further certify that this Motions were delivered personally or mailed First Class prepaid to the following parties, to wit:

**Jerry Wilhelm**
**U.S. Courthouse**
**300 S 4th Street**
**Suite 600**
**Minneapolis, MN 55415**

Date: April 7th, 2015

*[signature]*
Signature