# Attachment A

SCANNED
APR 2 2 2015
U.S. DISTRICT COURT ST. PAUL

CCC x2



A
L
A
S
K
A

**2015-007514-0**

Recording District  311   Palmer

04/20/2015 01.07 PM        Page 1 of  5

Recording District: Palmer

Return to: John Kirk Thornton
4128 Utica Avenue South
St. Louis Park, Minnesota 55416

**THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR THE RECORDING DATA.  THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.**

<u>**DO NOT DETACH**</u>

# The United States of America

## CERTIFICATE OF POLITICAL STATUS, CITIZEN STATUS AND ALLEGIANCE

State of Minnesota ) ss.
Hennepin County )
Date: April 20th, 2015   Personal description of the Holder of this Certificate of Political Status, Citizen Status and Allegiance:
**True name** – John Kirk Thornton; Date of Natural Birth – August 30th, 1963; **Location of Natural Birth** – Golden Valley, Minnesota; **Complexion** - white; **Race** – Caucasian; **Color of eyes** – blue; **Color of hair** – Blonde; **Height** – 6ft 1 in.; **Weight** – 225 lbs; **Visible distinctive marks** – none; **Marital status** – married; **Nationality and Political Status** - Minnesotan, a native of the several States; **Citizen status**: white citizen; and, American citizen; and, citizen of the United States of America; and, Natural Born Native and citizen of the foreign state of Minnesota domiciled in the territorial boundaries of Minnesota, currently a citizen of Minnesota and a qualified elector of Minnesota.



I under my deeply held religious belief do not swear oaths, but this has the same force and effect as an Oath as will I state that the answer to all the Facts in this document is the Truth, the whole Truth and nothing but the Truth, to which my Answer is a "Yes;" and, and that the photograph affixed hereto is a likeness of me. See Matthew 5:33-37 "But I tell you do not swear at an oath at all either by Heaven; for it is God's throne or by earth; for it is his footstool; or by Jerusalem; for it is the city of the great King. Do not swear by your head, for you can not make even one hair white or black. All you need to say is simply yes or no. Anything beyond this comes from the evil one."

My Answer is a "Yes" that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, State or sovereignty, of which I have been a subject or citizen, including any allegiance to or to be clothed with the fictional status of a "citizen of the United States" as a misnomer declared in 14 Stat. 27 codified in 42 U.S.C. §§§ 1981, 1982 and 1988 by Congress with said "citizen of the United States" memorialized in the Fourteenth Amendment having no direct access to the Bill of Rights Amendments One through Eight of the Constitution of the United States; and, with the Bill of Rights one

Certificate of Political Status, Citizen Status and Allegiance    Page 1 of 4    Page 2 of 5
2015-007514-0

# The United States of America

though eight being "incorporated" at the discretion of the Courts of the United States into the fictional "citizen of the United States." Take Notice of the Fact that a "citizen of the United States" domiciled within the District of Columbia is NOT subject to the Fourteenth Amendment, but is a "qualified elector" as evidenced in DC ST § 1-1001.02(2)(B) clothed by and with the direct protections of the Bill of Rights Amendments one though eight.

And further, My Answer is a "Yes" that I absolutely and entirely renounce and abjure all allegiance and fidelity and any such use of the status of a "citizen of the United States" under the Plenary Power of Congress using "Acts of Congress" and/or "Laws of Congress" as follows: by and though using adhesion contracts, and/or by and though using the "public rights" doctrine of accepting some benefit(s); and/or, by and though using "implied-in-law contracts; and/or, by and through any means that I have accepted some benefit, *i.e.*, "That the United States, when it creates rights [benefits] against itself, is under no obligation to provide a remedy in the courts" (*United States v. Babcock*, 250 U.S. 328, 331 (1919) being any Court of the United States arising under Article III of the Constitution of the United States exercising the judicial Power of the United States in all Cases in Law and Equity with the only exceptions clothed under the law of necessity; and/or, that any State when it creates rights [benefits] against itself, is under no obligation to provide a remedy in a constitutional courts of one of the several States, with the only exceptions clothed under the law of necessity.

And further, I renounce, rescind my signature and abjure to all of the following: all adhesion contracts and documents known or unknown; and, all implied-in-law contracts and documents known or unknown, all "public rights" doctrine contracts and documents known or unknown; and, all other contracts, agreements and documents that would in any way attach or subject me by any means known or unknown with the only exception being under the Law of Necessity.

And further Congress may vest the Courts of the District of Columbia with administrative or legislative functions, which are not properly judicial, but it may not do so with any Federal Court established arising under Article III of the Constitution of the United States either directly or by appeal including any District Court of the United States, any United States District Court, any Circuit Court

Certificate of Political Status, Citizen Status and Allegiance

Page 2 of 4

Page 3 of 5
2015-007514-0

# The United States of America

of Appeals and the Supreme Court of the United States. *Postum Cereal Co., Inc. v. California Fig Nut Co.*, 272 U.S. 693, 700-701 (1927).

And further, The plenary Power of Congress in the "District of Columbia" is evidenced by "Acts of Congress," "Laws of Congress" or "laws of the United States of America" including by not limited to the "Internal Revenue" Taxation of the National Government that is lawfully and legally confined within the District of Columbia under the Plenary Power of Congress.

And further, I further renounce, rescind my signature and abjure to a venue and jurisdiction not clothed within a constitutional court of one of the several States exercising the judicial Power of one of the several States with me unknowing waiving my unalienable rights secured in a particular constitution of whatever one of the several States I am domiciled with the only exception being under the Law of Necessity.

And further, My Answer is a "Yes" that I absolutely and entirely renounce and abjure all allegiance and fidelity of the following: all regulations promulgated or enforced by all agencies of the "headless fourth branch of government" and "administrative state; and, all federal agencies especially those knowingly or unknowingly that are "independent agencies" or "independent establishments," and, all state agencies by and though all forms of grants, cooperative agreements, memorandums of understanding, agreements and documents known or unknown to me including but not limited the State Plans that are inextricably intertwined with federal agencies and federal regulations that are not "substantive regulations," *i.e.,* "legislative rules" as held in *Chrysler v. Brown*, 441 U.S. 281 (1979); and, only under the laws of necessity would I be subject to any such regulation(s) unless they are identified having the "force and effect of law" as a "substantive regulation," *i.e.,* a "legislative rule" in strict compliance with the Administrative Procedure Act of 1946 codified in 5 U.S.C. chapters 5-9; and, specifically identified in the "proposed rule" published in the Federal Register that said regulation(s) is in compliance with 5 U.S.C. § 553(b); and, specifically identified in the "final rule" published in the Federal Register stating compliance with 5 U.S.C. 553(b)(c)(d) and in compliance with 1 CFR § 21.40, 1 CFR § 21.41 and 1 CFR 21.43.

# The United States of America

And further, that I have not knowingly or intentionally waived or surrendered any of my unalienable rights and birthright to any of the above, which is secured in this constitutional Republic founding documents including the Declaration of Independence, The Articles of Confederation, the Constitution of the United States and the constitution of one of the several States of this Union of States that I am currently domiciled; and, that I will support and defend the Constitution of the United States and Laws of the United States as amended by the qualified Electors of the several States against all enemies, either foreign or domestic; and, that I will support and defend the constitution the one of the several State as amended by the qualified Electors of the citizens of that particular one of the several States that I am currently domiciled against all enemies foreign and domestic; and, that I will bear true faith and allegiance to the Constitution of the United States and the constitution of the particular one of the several States that I am domiciled; and, that I take this obligation freely, without any mental reservation or purpose of evasion, So help me God.

_____
(Complete and true signature of holder)

Sworn and subscribed before me on 04/20/2015, being a Notary Public in and for the State of Minnesota.
My Commission expires on 01/31/2019.

_____
Signature of Notary Public

[Notary Seal: JAMES MICHAEL BAISCH, NOTARY PUBLIC - MINNESOTA, My Commission Expires Jan. 31, 2019]

[SEAL]

United States of America } ss
State of Alaska

THIS IS TO CERTIFY that the foregoing is a full, true and correct copy of the document as it appears in the records and files of my office.

IN THE WITNESS WHEREOF, I have hereunto set my hand and have affixed my official seal at PALMER, Alaska.

This 20th day of April, 2015

By _____
Recorder

Certificate of Political Status, Citizen Status and Allegiance                    Page 4 of 4

# Attachment B

# Minnesota Voter Registration Application
Complete lines 1 through 8. Please print clearly.

**Personal Information & Qualifications**

**1.** Are you a U.S. citizen? Yes ☐ No ☒ "citizen of Minnesota" See Below.

**2.** Will you be at least 18 on or before the next election? Yes ☒ No ☐
If you mark "NO" to either of these questions, DO NOT complete this form.

IP
M
AB
election office use only

**3.** last name or surname: Thornton
first name: John
middle name: Kirk
suffix (Jr., Sr., II, III):

**4.** address where you live (domicile): 4128 Utica Avenue South
apt. number:
city: St. Louis Park, Minnesota
zip code: 55416

**5.** if mail cannot be delivered to the address above, provide P.O. Box:
city:
zip code:

**6.** date of birth (not today's date): Aug. – 30th – 1963
school district (if known):
county where you live: Hennepin County

phone number: 612 – 849 – 8867
email address: jthornto@winternet.com

**7.** mark one box and provide the number that applies to you:
☒ I have a MN-issued driver's license or MN ID card number: H 6 8 8 0 7 9 7 8 0 9 2 2
☐ I do not have a MN-issued driver's license or MN ID card.
The last four digits of my Social Security Number are: XXX-XX-
☐ I do not have a MN-issued driver's license, a MN-issued ID card, or a Social Security Number.

**Registration Updates** - Are you currently registered under a different name or address?

previous last name: N/A
previous first name: N/A
previous middle name: N/A

previous address where you were last registered: N/A
city:
state:
zip code:

**Read And Sign Only If All Parts Apply To You.**

**8.** I certify that I:
- will be at least 18 years old on election day;
- am a citizen of Minnesota  See Palmer Recording District, Alaska, Public Record No. 2015-007514-0
- will have resided in Minnesota for 20 days immediately preceding election day;
- maintain domicile at the address given on the registration form;
- am not under court-ordered guardianship in which the court order revokes my right to vote;
- have not been found by a court to be legally incompetent to vote;
- have the right to vote because, if I have been convicted of a felony, my felony sentence has expired (been completed) or I have been discharged from my sentence; and
- have read and understand this statement, that giving false information is a felony punishable by not more than 5 years imprisonment or a fine of not more than $10,000, or both.

sign here X _[signature]_    date: 4-21-2015

**Election Judge Official Use Only**

W____
P____
SD____
Initials____

ID with Current Name & Address
ID Number:
☐ MN Driver's License, Learner's Permit, MN ID Card, or Receipt
☐ Tribal ID Card

Photo ID + Document with Current Name & Address
Document Type:____
Photo ID Number:____
☐ Driver's License, Learner's Permit or State ID Card
☐ U.S. Passport  ☐ U.S. Military ID
☐ Tribal ID  ☐ Student ID

Other
☐ Vouched For
☐ Notice of Late Registration
☐ Valid Registration in Same Precinct
☐ Student ID with College List
ID Number:____