UNITED STATES DISTRICT COURT DISTRICT
OF MINNESOTA
Civil No. 13-mc-00087 (SRN/TNL)

UNITED STATES OF AMERICA,

      Petitioner,

v().

JOHN K. THORNTON,

      Respondent.

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR UNITED STATES**

PLEASE TAKE NOTICE that Bahram Samie, Assistant United States Attorney, hereby notes his appearance as attorney of record for the Petitioner, United States of America, and that D. Gerald Wilhelm, retired Assistant United States Attorney, hereby withdraws his appearance for the Petitioner, United States of America. All parties are requested to serve all notices and papers served or filed in this case on Bahram Samie at the office address set forth below.

Dated: February 7, 2017

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Bahram Samie*

BY:  BAHRAM SAMIE
Assistant U.S. Attorney
Attorney ID No. 392645
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
bahram.samie@usdoj.gov
(612) 664-5600

Attorneys for Petitioner