**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CIVIL |
| | ) | BEFORE: Tony N. Leung |
| Petitioner, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: |
| | ) | Date: |
| JOHN K. THORNTON, | ) | Courthouse: |
| | ) | Courtroom: |
| Respondent. | ) | Time Commenced: |

Case No:    13-mc-0087 (SRN/TNL)
Date:    March 21, 2018
Courthouse:    St. Paul
Courtroom:    3C
Time Commenced:    1:25 p.m.
Time Concluded:    1:50 p.m.
Time in Court:    25 minutes

**APPEARANCES:**

Petitioner:    Bahram Samie, Assistant U.S. Attorney
Respondent:    John K. Thornton, *pro se*

**PROCEEDINGS:**

Respondent John K. Thornton was brought before the Court following his arrest pursuant to a bench warrant ordered by District Judge Susan Richard Nelson.   (ECF Nos. 101, 102.)   Federal Defender Katherian D. Roe was in attendance.

**IT IS ORDERED:**

The bench warrant (ECF Nos. 101, 102) is **STAYED** until April 25, 2018.   Respondent John K. Thornton is released.

Respondent John K. Thornton shall appear on **April 25, 2018 at 9:30 a.m.** before District Judge Susan Richard Nelson, Courtroom 7B, 316 North Robert Street, **St. Paul**, MN 55101.

_s/ EJB_
Law Clerk