**RECEIVED**
MAR 21 2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
(Rev. 01/2017)

CJA counsel please complete an AUTH24 in CJA eVoucher
Please read instructions on next page.

COURT USE ONLY
NOTES:

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3. CONTACT EMAIL ADDRESS |
|---|---|---|
| John Thornton | 612-849-8867 | jthornto@winternet.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |
| NA | NA | NA |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
4128 Utica Ave. So.
St. Louis Park, MN 55416

5. CASE NAME (Include defendant number, for criminal cases only)

6. CASE NUMBER

7. COURT REPORTER NAME, if applicable

8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA.
- ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached)
- ☐ NON-APPEAL   ☐ CIVIL   ☐ Standing Order (MDL only)

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) NOTE: ECF access is included. | | | | c. DELIVERY TYPE Delivery times are not guaranteed. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 3/21/18 | T.L. | | PDF | | | | | | 7-day | | | |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE  [signed]

12. DATE  3/21/2018