AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

MAR 23 2018

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-mc-87 SRN/TNL |
| John K. Thornton | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John K. Thornton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ✓ Order of the Court

This offense is briefly described as follows:
Failure to Comply with Court Order

Date: 02/02/2016

*K Linner*
Signature of Clerk or Deputy Clerk
*Issuing officer's signature*

City and state: Minneapolis, MN

Amy Linner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 3/20/18
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

**SCANNED**
MAR 26 2018
U.S. DISTRICT COURT MPLS

*Printed name and title*