UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
13-mc-00087 (SRN/TNL)

UNITED STATES OF AMERICA,

        Petitioner,

v.

JOHN K. THORNTON,

        Respondent.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2018, I caused the following documents:

**UNITED STATES OF AMERICA'S OPPOSITION TO RESPONDENT'S MISCELLANEOUS MOTIONS FOUND AT DOCKET ENTRIES 112, 118, 119 & 122; CERTIFICATE OF COMPLIANCE; and CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

John K. Thornton
4128 Utica Avenue South
St. Louis Park, MN   55416

Dated:   April 12, 2018

        *s/ Bahram Samie*
        BAHRAM SAMIE
        Assistant U. S. Attorney