John Kirk Thornton
4128 Utica Avenue South
Saint Louis Park, Minnesota [55416]

**RECEIVED**

APR 1 3 2018

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**"District Court of the United States"**
**District of Minnesota**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>*Petitioner* )<br>)<br>vs. )<br>)<br>**John Kirk Thornton,** )<br>)<br>*In propria persona* )<br>) | Case No. 0:13-mc-00087-SRN-TNL |

**Expedited Motion To Reschedule Hearing for April 25th, 2018**

Comes now, John Kirk Thornton, ("Thornton") *in propria persona* with this **Expedited Motion to Reschedule the Hearing for April 25th, 2018 for thirty (30) days until May 25th, 2017.**

This is not prejudice the "UNITED STATES OF AMERICA" and is in the interest of justice.

And further, there are still pending Expedited Motions that are not dilatory or frivolous before *this Court.*

And further, with the timeframe allotted to the "UNITED STATES OF AMERICA" to respond of fourteen (14) days to the ORDER from *this Court*, therein the granting to the *pro se* Thornton of an extension of thirty (30) days so that the Motions before this Court and any Replies as required can be dealt with on the Record is just, fair and in the interest of justice.

SCANNED
APR 1 6 2018
U.S. DISTRICT COURT MPLS

Expedited Motion to Extend the Hearing Date                                    Page 1 of 4

And further, Thornton does not take lightly the threat of incarceration but still has no understanding of exactly what the "clear and convincing evidence" consists of that is required to exist on the record.

And further, Thornton will be filing more substantive Motions on Monday, April 16th, 2018.

And further, as the "UNITED STATES OF AMERICA" has delayed for twenty-five months this Contempt of Court *flow a fortiori* that another thirty days or so as required to resolve this controversy will not pose any hardship or disadvantage the "UNITED STATES OF AMERICA" in any manner.

My Hand, By: [signature]

## Declaration of John Kirk Thornton

I, John Kirk Thornton, do hereby declare that the facts contained herein are true and correct.

1. My true Christian Name is "John Kirk Thornton."

2. I am of the age of majority and competent to testify to the facts contained and covered by this Declaration.

3. I am a "citizen of Minnesota."

4. I, "John Kirk Thornton" as a "citizen of Minnesota" am domiciled in Minnesota, one of the several States.

5. I am not a resident of any Federal Area as defined codified in 4 U.S.C. § 110(e).[1]

6. I am not domiciled in any of any Federal Area as defined codified in 4 U.S.C. § 110(e).[2]

7. I am not a "citizen of the United States."

8. The "UNITED STATES OF AMERICA" has waited for twenty-five months to proceed with the Contempt of Court.

10. I have every intention of always appearing as required and will fulfill all obligations under the Laws of the United States and the Laws of Minnesota as required

---

[1] 61 Stat. 645, c. 389, July 30, 1947.
[2] 61 Stat. 645, c. 389, July 30, 1947.

by a "citizen of Minnesota" domiciled in Minnesota, one of the several States precluding any "federal area" under the Buck Act.

This Declaration is filed under 28 U.S.C. § 1746 under the penalty of perjury that all facts are true and correct covered by this Declaration.

My Hand, *[signature]*

### VI. Certificate of Service.

I certify that this Expedited Motion to Extent the Hearing Date is comprised of total of 452 words in 13 Font in Times New Roman Microsoft Version 16.12 for Mac running MacOS High Sierra Version 10.13.4.

I further certify that this Expedited Motion to Extend the Hearing Date were delivered personally or mailed First Class prepaid to the following parties, to wit:

**Bahram Samie**
**U.S. Courthouse**
**300 S 4th Street Suite 600**
**Minneapolis, Minneapolis 55415**

Date: April 13th, 2015

_____
Signature