John Kirk Thornton
4128 Utica Avenue South
Saint Louis Park, Minnesota [55416]

RECEIVED
APR 1 3 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

"District Court of the United States"
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Petitioner* )<br>vs. )<br>**John Kirk Thornton,** )<br>    *In propria persona* ) | Case No. 0:13-mc-00087-SRN-TNL |

**Expedited Declaration *Nunc Pro Tunc* of John Kirk Thornton As "Evidence" of Dockets 112, 118, 119 and 122 With Attachments at Docket 113, 121, 120, and 123.**

The substantive reason for the "**Expedited Declaration *Nun Pro Tunc***" is because **Thornton is under threat of incarceration for Contempt of Court from *this Court* if *this Court* is not satisfied by April 25th, 2018 of whatever exactly they are demanding of the already existing "clear and convincing evidence;" and further, the "UNITED STATES OF AMERICA", being a sovereign body politic, and its agency being the IRS**[1] **has a bona fide track record of dilatory and obfuscations actions, not to mention that there is no "Counsel for the United States of America"** [Plaintiff/Petitioner] in the "proceeding" and "hearing" in the United States District Court on the record in *"this Court"* being repeatedly condoned and endorsed by **a Tony N. Leung, Magistrate Judge ("Leung"), Susan Richard Nelson, Judge ("Nelson") and now a Bahram Samie ("Samie") on "behalf of the United States."**

---

[1] Docket 1—Petition To Enforce Internal Revenue Service Summons, Pg. 1.

Declaration of John Kirk Thornton *nunc pro tunc*        Page 1 of 5

SCANNED
APR 1 6 2018
U.S. DISTRICT COURT MPLS

## Declaration of John Kirk Thornton

I, John Kirk Thornton, do hereby declare that the facts contained herein are true and correct.

1. My true Christian Name is "John Kirk Thornton."

2. I am of the age of majority and competent to testify to the facts contained and covered by this Declaration.

3. I am a "citizen of Minnesota."

4. I, "John Kirk Thornton" as a "citizen of Minnesota" am domiciled in Minnesota, one of the several States.

5. I am not a resident of any Federal Area as defined codified in 4 U.S.C. § 110(e).[2]

6. I am not domiciled in any of any Federal Area as defined codified in 4 U.S.C. § 110(e).[3]

7. I am not a "citizen of the United States."

8. I owe permanent allegiance to the "United States" as evidenced in the public record filing, being **Attachment A—Political Status, Citizen Status and Allegiance in the Recording District 311 Palmer, Alaska Number "2016-022400-0"** ("Attach A—Thornton's Citizenship, Status and Allegiance") that is self-authenticating under Evidence Rule 901(7).

9. I am "**national of the United States**" as codified in 8 U.S.C. § 1101(22)(B)—

---

[2] 61 Stat. 645, c. 389, July 30, 1947.
[3] 61 Stat. 645, c. 389, July 30, 1947.

**"(B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States."**

10. I have attached filed into *this Court* before of this evidence of **Attach A—Thornton's Citizenship, Status and Allegiance"** as evidenced by **Attachment B—Docket 93—Thornton's Citizenship, Status and Allegiance "Exhibit A;"** and, as evidenced by the excerpt of Docket 120 being—**Attachment I— Thornton's Citizenship, Status and Allegiance."**

11. I filed into *this Court* as evidenced in **Attachment B—Docket 93—Thornton's Citizenship, Status and Allegiance "Exhibit A"** accepted by the "State of Minnesota," being one of the several States, that I was a "citizen of Minnesota" exercising my right of suffrage and as a qualified Elector and my Allegiance, *i.e.*, my "political status" being my political rights[4], my citizen status and my allegiance.

12. I filed into *this Court* as evidenced in **Attachment B—Docket 93—Thornton's Citizenship, Status and Allegiance "Exhibit B"** the act of voting with this notice to the "State of Minnesota," being one of the several States, that I was a "citizen of Minnesota" exercising my right of suffrage and as a qualified Elector and my Allegiance, *i.e.*, my "political status" being my political rights[5], my citizen status and my allegiance and Notice to the "STATE OF MINNESOTA" ("SOA") with **Exhibit B** exercising my right of suffrage and as a qualified Elector of my "political

---

[4] *Ex parte Virginia*, 100 U.S. 339, 346-347, 363-368 (1879).
[5] *Ex parte Virginia*, 100 U.S. 339, 346-347, 363-368 (1879).

status," being my political rights[6] and citizen status as a "citizen of Minnesota."

13. My understanding is that *this Court* and Bahram Samie "Samie" is bound to take judicial Notice of Attach A—Thornton's Citizenship, Status and Allegiance; and, Attachment B—Docket 93—Thornton's Citizenship, Status and Allegiance "Exhibit A;" and Attachment B—Docket 93—Thornton's Citizenship, Status and Allegiance "Exhibit B."

14. I am filing this Declaration *nunc pro tunc* clothing **all of the Dockets 112, 118, 119 and 122 With Attachments at Docket 113, 121, 120, and 123** with this Declaration of under the penalty of perjury that all of the facts are true and correct.

This Declaration is filed under 28 U.S.C. § 1746 under the penalty of perjury that all facts are true and correct covered by this Declaration.

My Hand, *[signature]*

### VI.  Certificate of Service.

I certify that this Declaration is comprised of total of 539 words in 13 Font in Times New Roman.

---

[6] *Ex parte Virginia*, 100 U.S. 339, 346-347, 363-368 (1879).

I further certify that this Declaration and Attachments were delivered personally or mailed First Class prepaid to the following parties, to wit:

**Bahram Samie**
**U.S. Courthouse**
**300 S 4th Street Suite 600**
**Minneapolis, Minneapolis 55415**

Date: April 13th, 2018

By: _____
Signature