# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13-MC-0087(SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| JOHN K. THORNTON, | |
| Respondent. | |

This matter is before the Court upon the Motion of Respondent John K. Thornton to "Reschedule the Hearing for April 25th, 2018" [Doc. No. 127].

This matter, brought to enforce two summonses issued by the Internal Revenue Service, is now nearly five years old and, as such, needs to be resolved.

ACCORDINGLY, Respondent Thornton's motion to reschedule the hearing is DENIED.  The hearing scheduled on April 25, 2018 at 9:30 a.m. in Courtroom 7B of the U.S. Courthouse at 316 N. Robert Street, St. Paul, Minnesota will not be postponed.

Dated:  April 17, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge