# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 13-mc-0087 (SRN/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| John K. Thornton, | |
| Respondent. | |

Respondent has recently filed two Motions: a Motion to Strike Pleading [Doc. No. 126]; and an Expedited Motion to Dismiss [Doc. No. 130].

IT IS ORDERED that the United States shall file a response to Defendant's motions before 5:00 p.m. on Monday, April 23, 2018.

Dated:  April 20, 2018

                                             s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Judge