IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | **DECLARATION OF RICHARD** |
| v. ) | **WALLIN** |
| ) | |
| JOHN K. THORNTON, ) | |
| ) | |
| Respondent. ) | |

Richard A. Wallin declares pursuant to 28 U.S.C. § 1746(1):

1. I am a duly commissioned revenue officer employed in the Small Business/Self Employed Division Central Compliance Area of the Internal Revenue Service located at 1550 American Blvd. East, Suite 500, Bloomington, MN 55425.

2. In my capacity as a revenue officer, I am conducting an investigation into the collection of federal income tax liability of Respondent John K. Thornton for the calendar years ending: 2001, 2002, and 2003. In addition, I am conducting an investigation regarding delinquent individual income tax returns for tax periods ending: 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, and 2012.

3. Attached as Exhibit A is a true and correct copy of a letter I mailed Respondent John K. Thornton on March 22, 2018.

4. Attached as Exhibit B is a true and correct copy of a letter I received from Respondent John K. Thornton on March 26, 2018

5. Attached as Exhibit C is a true and correct copy of a letter I mailed Respondent John

K. Thornton on March 28, 2018, to which I attached a copy of Mr. Thornton's notice of tax deficiency.

6. As of the date of this Declaration, I have not received any information from Respondent John K. Thornton, in response to the letters I sent him that are attached as exhibits hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2018.

Richard A. Wallin
Revenue Officer