UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-mc-87 (SRN/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **PROPOSED ORDER** |
| v. | ) | |
| JOHN K. THORNTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on several miscellaneous expedited motions filed by Respondent John K. Thornton [Doc. Nos. 112, 118, 119, 122, 126, and 130], seeking relief from the constructive civil contempt found by this Court on March 27, 2015. Respondent's motions are denied, and the Court concludes that Respondent has failed to purge himself of contempt. If, by the hearing on this matter currently set for April 25, 2018, Respondent cannot establish that he has complied with this Court's order of August 1, 2014, the Court will direct the United States Marshal to take Thornton into custody. Thornton will be held in custody until he fully complies with this Court's order of August 1, 2014 [Doc. No. 23], or demonstrates that he is unable to do so. This confinement will not be punitive; Thornton "carr[ies] the keys of [his] prison in [his] own pockets." *Hicks ex rel. Feiock v. Feiock*, 485 U.S. 624, 633 (1988) (citation and quotations omitted)). As soon as Thornton complies with the August 1, 2014 order, he will be released from custody.

# ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Respondent John K. Thornton's motions found at Docket entries 112, 118, 119, 122, 126 and 130 are denied.

2. Respondent John K. Thornton has not purged himself of the constructive civil contempt as held by this Court on March 27, 2015; and

3. If, by the hearing set in this matter for April 25, 2018, Respondent cannot establish that he has complied with this Court's Order of August 1, 2014, the United States Marshal will be directed to arrest John K. Thornton, to take him into custody, and to keep him in custody until this Court orders his release.

4. Pursuant to this Court's March 27, 2015 Order, Respondent John K. Thornton is ordered to pay immediately to the Clerk of Court, $1,000.00, to be remitted to the Government for reasonable costs.

Dated:                                              _____
                                                     Susan R. Nelson
                                                     United States District Judge