UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
13-mc-00087 (SRN/TNL)

UNITED STATES OF AMERICA,

        Petitioner,

**CERTIFICATE OF SERVICE**

v.

JOHN K. THORNTON,

        Respondent.

I hereby certify that on April 23, 2018, I caused the following documents:

**UNITED STATES OF AMERICA'S OPPOSITION TO RESPONDENT'S MISCELLANEOUS MOTIONS FOUND AT DOCKET ENTRIES 126 & 130; CERTIFICATE OF COMPLIANCE; DECLARATION OF RICHARD WALLIN and EXHIBITS A-C; PROPOSED ORDER and CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

John K. Thornton
4128 Utica Avenue South
St. Louis Park, MN   55416

Dated:   April 23, 2018

                                    *s/ Bahram Samie*
                                    BAHRAM SAMIE
                                    Assistant U. S. Attorney