# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: Hon. Susan Richard Nelson, United States District Judge |
| Petitioner, | |
| | Case No.: 13-mc-87 (SRN/TNL) |
| v. | Date: April 25, 2018 |
| | Court Reporter: Carla Bebault |
| John K. Thornton, | Courthouse: St. Paul |
| | Courtroom: 7B |
| | Time in Court: 9:34 – 11:14 a.m., 12:33 – 12:56 p.m. |
| Respondent. | Total Time: 2 Hours, 3 Minutes |

**APPEARANCES:**

   For Petitioner:    Bahram Samie, United States Attorney's Office.

   For Respondent:    John K. Thornton, *pro se*.

**PROCEEDINGS:**

   Civil Contempt Hearing held.  The Court heard the testimony of Richard A. Wallin and John K. Thornton.  Government's Exhibit 1 was admitted into evidence and retained by counsel.

   The Court issued the following rulings from the bench:
   1. Respondent's Expedited Motion to Provide Evidence of a Debt Due and Owing Or a Tax Liability [Doc. No. 112] is **DENIED**.
   2. Respondent's Expedited Motion to Dismiss—Lack of Subject Matter Jurisdiction [Doc. No. 118] is **DENIED**.
   3. Respondent's Expedited Motion to Dismiss—No Plaintiff (Petitioner) [Doc. No. 119] is **DENIED**.
   4. Respondent's Expedited Motion For The Court to Identify the Evidence that is "Clear and Convincing" [Doc. No. 122] is **DENIED**.
   5. Respondent's Expedited Motion to Strike Bahram Samie's "UNITED STATES OF AMERICA'S OPPOSITION TO RESPONENT'S MISSCELLANEOUS MOTIONS FOUND AT DOCKET ENTRIES 112, 118, 119 and 122" ("Samie's Motion on Behalf of the United States") [sic] [Doc. No. 126] is **DENIED**.

6. Respondent's Expedited Motion to Dismiss as the Essential Elements of Nelson's ORDER Do Not Exist [Doc. No. 130] is **DENIED**.
7. Respondent is ordered to personally deliver to Revenue Officer Richard A. Wallin, within 10 days of today, all of the documents in his possession or control that pertain to the three trusts of which he is a trustee, including:
   a. Documents related to the formation of the trust;
   b. Minutes from trust meetings; and
   c. Receipts or other vendor information regarding precious metals purchased with trust funds.
8. Respondent is ordered to send by overnight mail a letter, to be drafted by the Petitioner, requesting that the Chairman of the Board of Trustees for Freedom Enterprises, Mike Marsoun, send by overnight mail any documents in his possession meeting the description in paragraph 7 above, within one week.
9. The bench warrant for the apprehension of Respondent John K. Thornton [Doc. No. 102] is **STAYED** pending proceedings on May 22, 2018, at 1:30 p.m.

s/S.DelMonte
Courtroom Deputy