**RECEIVED**

| UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA (Rev. 03/2018) | **TRANSCRIPT ORDER** *CJA counsel please complete an AUTH24 in CJA eVoucher* *Please read instructions on next page.* | APR **25** 2018 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA | COURT USE ONLY **NOTES:** |
|---|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER *John Thornton* | 2a. CONTACT PHONE NUMBER *612-849-8867* | 3. CONTACT EMAIL ADDRESS *jthornto@winternet.com* |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) *4128 Utica Ave. So. St. Louis Park, MN 55416* | 5. CASE NAME (Include defendant number, for criminal cases only) | 6. CASE NUMBER *13 mc 87* |
|---|---|---|

| 7. COURT REPORTER NAME, if applicable | 8. THIS TRANSCRIPT ORDER IS FOR (CHECK ALL THAT APPLY):   CJA: Do not use this form; use AUTH24 in CJA. ❏ APPEAL  ❏ CRIMINAL  ❏ In forma pauperis (NOTE: Court order for TRANSCRIPTS must be attached) ❏ NON-APPEAL  ❏ CIVIL  ❏ Standing Order (MDL only) |
|---|---|

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | b. SELECT FORMAT(S) *NOTE: ECF access is included.* | | | | c. DELIVERY TYPE *Delivery times are not guaranteed.* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | EXPEDITED (3-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME (rough draft) |
| 4/25/18 | S.N. | All | | | | | | | | X | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| 10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC: |
|---|

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). 11. SIGNATURE   *By: [signature] (AOR)* | 12. DATE *4/25/2018* |
|---|---|