UNITED STATES DISTRICT COURT DISTRICT
OF MINNESOTA
Civil No. 13-mc-00087 (SRN/TNL)

UNITED STATES OF AMERICA,

        Petitioner,                                **NOTICE OF APPEARANCE AS**
                                                          **COUNSEL FOR RESPONDENT**

v.

JOHN K. THORNTON,

        Respondent.

PLEASE TAKE NOTICE that Thomas E. Brever, hereby notes his appearance as attorney of record for the Respondent, John K. Thornton.  All parties are requested to serve all notices and papers served or filed in this case on Bahram Samie at the office address set forth below.

Dated:  May 21, 2018                                   Respectfully submitted,

                                                                 /s/ Thomas E. Brever
                                                                 Thomas E. Brever
                                                                 Foster Brever Wehrly, PLLC
                                                                 2812 Anthony Lane S., Suite 200
                                                                St. Anthony, MN 55418
                                                                 (612) 436-3291
                                                                tbrever@fosterbrever.com

                                                                Attorneys for Respondent