UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-mc-87 (SRN/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>JOHN K. THORNTON, )<br>)<br>Respondent. ) | **PROPOSED ORDER ON STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON CIVIL CONTEMPT** |

Pursuant to the parties' stipulation of May 22, 2018, it is **HEREBY ORDERED AS FOLLOWS**:

1. The hearing in this matter presently set for May 22, 2018, at 1:30 p.m. shall be stricken from the calendar and continued to Wednesday, July 25, 2018, at 11:00 a.m.

2. The bench warrant for the apprehension of Respondent John K. Thornton [Doc. No. 102] shall be stayed pending proceedings on July 25, 2018, at 11:00 a.m.

3. The parties are directed to jointly contact the Court on Friday, June 22, 2018, to provide a status update on Respondent's progress towards compliance with the IRS summonses.

Dated: _____

_____
SUSAN RICHARD NELSON
United States District Judge