UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No. 13-mc-87 (SRN/TNL) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| JOHN K. THORNTON, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the parties' stipulation of May 22, 2018, it is **HEREBY ORDERED AS FOLLOWS**:

1. The hearing in this matter presently set for May 22, 2018, at 1:30 p.m. shall be stricken from the calendar and continued to Wednesday, July 25, 2018, at 11:00 a.m.

2. The bench warrant for the apprehension of Respondent John K. Thornton [Doc. No. 102] shall be stayed pending proceedings on July 25, 2018, at 11:00 a.m.

3. The parties are directed to jointly contact the Court on Friday, June 22, 2018, to provide a status update on Respondent's progress towards compliance with the IRS summonses.

Dated: May 22, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge