UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-mc-87 (SRN/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>        Petitioner,                  )<br>                                                        )<br>        v.                                       )<br>JOHN K. THORNTON,                     )<br>                                                        )<br>        Respondent.             )  | **PROPOSED ORDER ON STIPULATION AND JOINT REQUEST TO QUASH BENCH WARRANT** |

Pursuant to the parties' stipulation of July 11, 2018, it is **HEREBY ORDERED AS FOLLOWS**:

1. Respondent John K. Thornton is hereby released from the Court's finding of constructive civil contempt on March 27, 2015 [Doc. No. 85].

2. The bench warrant for the apprehension of Respondent John K. Thornton [Doc. No. 102] is hereby quashed.

3. The hearing in this matter presently set for July 25, 2018, at 11:00 a.m. is stricken from the calendar.

Dated: _____

                                                                          _____
                                                                          SUSAN RICHARD NELSON
                                                                          United States District Judge