UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-mc-87 (SRN/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>JOHN K. THORNTON, )<br>)<br>Respondent. ) | **ORDER ON STIPULATION AND JOINT REQUEST TO QUASH BENCH WARRANT** |

Pursuant to the parties' stipulation of July 11, 2018, it is **HEREBY ORDERED AS FOLLOWS**:

1. Respondent John K. Thornton is hereby released from the Court's finding of constructive civil contempt on March 27, 2015 [Doc. No. 85].

2. The bench warrant for the apprehension of Respondent John K. Thornton [Doc. No. 102] is hereby quashed.

3. The hearing in this matter presently set for July 25, 2018, at 11:00 a.m. is stricken from the calendar.

Dated: July 12, 2018

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge